# Vincent J. Licata

COUNSELOR AT LAW

225 BROADWAY, SUITE 3707
NEW YORK, NEW YORK 10007
TEL: (212) 349-6565
FAX: (212) 349-5781

February 29, 2008

Honorablr Nicholas G. Garaufis
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Anthony Scibelli
08 CR 076 (NGG)

Dear Judge Garafus,

    My office represents the defendant, Anthony Scibelli in the above captioned matter. Mr. Scibelli hereby joins in defendant, Joseph Corozzo's motion which challenges the appropriateness of the assignment of this case and requests reassignment to a Judge randomly selected pursuant to Local Rule 50.2 of the Eastern District of New York.

Respectfully Submitted

Vincent J. Licata

cc: Roger A. Burlingame
Asst. United States Attorney
Anthony Scibelli