GERALD L. SHARGEL
ROSS M. KRAMER
EVAN L. LIPTON

HENRY E. MAZUREK
OF COUNSEL ★

**GERALD L. SHARGEL**

LAW OFFICES

570 LEXINGTON AVE., 45TH FLOOR

NEW YORK, NEW YORK 10022

TEL: 212.446.2323

FAX: 212.446.2330

info@shargellaw.com

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT

APR 1 8 2008

BROOKLYN

April 11, 2008

**By ECF and Hand Delivery**

Honorable Jack B. Weinstein
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:** *United States v. Joseph Agate, et al.,* 08 Cr. 76 (JBW)

Dear Judge Weinstein:

I write on behalf of Anthony Scibelli to respectfully request a modification of the conditions of his pretrial release for the period beginning Friday April 18, 2008 and ending Saturday April 26, 2008. The purpose of this modification is to allow Mr. Scibelli to travel to Florida with his wife and three-year-old daughter. During this trip, Mr. Scibelli plans to: (a) investigate the possibility of selling a property that he owns in Singer Island, Florida; (b) visit his elderly grandparents and his uncle in Brooksville, Florida; and (c) take his wife and daughter to Disney World in Orlando, Florida.

I will provide Mr. Scibelli's Pretrial Services Officer with a full trip itinerary before Mr. Scibelli leaves New York. This itinerary will include: flight information; the address of his Florida home; names and contact information for his grandparents and uncle; and information on where he will be staying with his family in Orlando.

Respectfully submitted,

Gerald L. Shargel

cc:     Joey Lipton, Esq.
        Roger Burlingame, Esq.
        Evan Norris, Esq.
        Assistant United States Attorney (by ECF)

        Co-defendants' Counsel (by ECF)

{00008416;1}