1              UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF NEW YORK
2

3    - - - - - - - - - - - -    X

4    UNITED STATES OF AMERICA,    :    CR 08-076

5                                 :

6
          -against-              :
7                                      United States Courthouse
                                       Brooklyn, New York
8    JOSEPH AGATE, et al.,        :

9                                      February 26, 2009
               Defendants.        :    2:00 p.m.
10
     - - - - - - - - - - - -    X
11
                    TRANSCRIPT OF HEARING
12            BEFORE THE HONORABLE JACK B. WEINSTEIN
               UNITED STATES SENIOR JUDGE
13

14   APPEARANCES:

15
     For the Government:          BENTON J. CAMPBELL
16                                United States Attorney
                                  BY: DANIEL BROWNELL
17                                Assistant United States Attorney
                                  271 Cadman Plaza East
18                                Brooklyn, New York

19
     For the Defendants:          JAMES R. FROCCARO, ESQ.
20                                Attorney for R. Epifania,
                                  A. Ruggiero
21
                                  MARK AGNIFILO, ESQ.
22                                Attorney for M. King

23                                GERALD SHARGEL, ESQ.
                                  Attorney for A. Scibelli
24

25                                ELLEN RESNICK, ESQ.
                                  Attorney for L. Filippelli

```
 1              SETH GINSBERG, ESQ.
                Attorney for W. Scotto
 2

 3              JOSEPH R. BENFANTE, ESQ.
                Attorney for J. Scopo
 4

 5              SARITA KEDIA, ESQ.
                Attorney for J. Corozzo
 6              and M. Cassarino

 7

 8              SUSAN G. KELLMAN, ESQ.
                Attorney for L. DiMaria
 9

10              ELIZABETH E. MACEDONIO, ESQ.
                Attorney for J. D'Amico

11

12              BETTINA SCHEIN, ESQ.
                Attorney for T. Polakoff
13

14              MARGARET M. SHALLEY, ESQ.
                Attorney for V. Pacelli
15

16              HARLAN PROTACS, ESQ.
                Attorney for F. Cali
17              JEREMY ORDEN, ESQ.
                Attorney for E. Grillo
18

19              MARK WASSERMAN, ESQ.
                Attorney for V. Gotti
20              HENRY MAZUREK, ESQ.
21              Attorney for V. Dragonetti

22              JOSEPH DiBENEDETTO, ESQ.
23              Attorney for Scopo

24              ERIC FRANZ, ESQ.
                Attorney for A. Sclafani
25
```

                    MARK DeMARCO, ESQ.
                    Attorney for R. Gotti

                    MICHAEL GILBERT, ESQ.
                    Attorney for Local 282

                    DIAMUID WHITE, ESQ.
                    Attorney for N Corozzo

                    RON RUBENSTEIN, ESQ.
                    Attorney for Zagari

Court Reporter:     Burton H. Sulzer
                    225 Cadman Plaza East
                    Brooklyn, New York
                    (718) 613-2481

Proceedings recorded by mechanical stenography, transcript produced by computer-aided transcription.

———————————————

THE COURT:  Good afternoon everyone.

It's nice to see you all.

Is there anybody on the phone?  Everybody is present?

When you talk, would you mind giving me your name because we have so many people present.

I would like to start you by indicating the papers that I believe I have before me, and if any of you have papers you have submitted that bear on the issue of restitution now being taken up by the court, please bring that to my attention.

1. The court's memorandum and order, dated

1    January 16th preparing for the hearing.

2            2. The memorandum of Michael King, dated January 26.

3            3. Waiver of defendant William Scotto's appearance,

4    February 6th.

5            4. Memorandum of the government, February 20th.

6            5. Letter of defendant Louis Filippelli,

7    February 23rd.

8            6. Letter of Louis Mosca, February 24th.

9            7.  Request by defendant John D'Amico,

10   February 22nd.

11           8.  Waiver of Frank Cali's presence, February 20.

12           9.  Waiver of Vincent Pacelli's presence,

13   February 24th.

14           10.  Letter of Arthur Zagari, February 24th.

15           11.  Letter of Joseph Agate, February 24th.

16           12,  Letter of Nicholas Corozzo, February 25th.

17           13.  Letter of Richard Gotti, February 25th.

18           14.  Waiver of Vincent Gotti's appearance,

19   February 25th.

20           15.  The letter of Vincent Gotti, again,

21   February 25th.

22           16.  The letter of defendant Vincent Dragonetti,

23   February 25th.

24           17.  Letter of Local 325, February 25th, 2009.

25           18.  The court's order of February 25, 2009.

1          19.   Memorandum of the government, February 26th.

2          20.   Letter of Angelo Ruggiero, February 25th.

3          21.   Letter of Robert Epifania, February 25th.

4          Is there anybody who has submitted anything that

5    this court doesn't have before it?

6          MS. KELLMAN:  I submitted a letter back on

7    October 5th on behalf of Leonard DiMaria.

8          THE COURT:  May I have it?

9          MS. KELLMAN:  My copy is written on.  I'll give the

10   court a clean copy.  I did file it.

11         MR. SHARGEL:  Gerald Shargel.  I have a letter that

12   is dated October 2nd, 2008.

13         THE COURT:  October 5th, Miss Kellman.  October 2nd,

14   Shargel.

15         MR. ORDEN:  Jeremy Orden for Ernest Grillo from

16   October 2nd.

17         THE COURT:  Grillo of October 2nd.

18         MS. SHALLEY:  Margaret Shalley for Vincent Pacelli.

19   We submitted two letters, October 3rd and November 31st.

20         THE COURT:  October 3rd and November 21st.

21         MR. GILBERT:  Michael Gilbert on behalf of Local

22   282.  We submitted a letter dated October 30, 2008.

23         MR. PROTACS: Harlan Protacs on behalf of Frank Cali.

24   A letter dated October 3rd, 2008.

25         MS. RESNICK: Ellen Resnick on behalf of Louis

1  Filippelli.  I believe the court referenced documents that are
2  in the record as of the last meeting.
3        MS. KEDIA:  Sarita Kedia.  I submitted a letter on
4  October 2nd, 2008 on behalf of Mario Cassarino, and on behalf
5  of Joseph Corozzo on October 4th, 2008.
6        THE COURT:  You have had a waiver of any possible
7  conflict?
8        MS. KEDIA:  Yes, your Honor.
9        MR. MAZUREK:  Henry Mazurek on behalf of Vincent
10  Dragonetti. Two letters, October 3rd and August 1, 2008.
11       MR. AGNIFILO:  Mark Agnifilo.  There were two
12  submissions.  Only one was mentioned.  This is the brief for
13  Michael King submitted in October of last year.  This might
14  the one that you referenced.
15       THE COURT:  It's not dated.
16       MR. AGNIFILO:  It was submitted, I believe, in
17  October.  I can get the date.
18       THE COURT:  October.
19       I indicated, of course, the court has the
20  presentence reports with the Probation Department's views.
21       Are there any holder documentation I don't have?
22       Now, by letter of February 25th, Local 325 -- is it
23  represented here today.
24       MR. BROWNELL:  It is not.
25       THE COURT:  They withdrew their application.

1     MR. BROWNELL:  For the reasons stated in his letter.

2     THE COURT:  So with the consent of the government,

3 the government's request for restitution to Local 325 is

4 denied.

5     MR. BROWNELL:  That's correct.

6     That would involve defendant Mosca and defendant

7 Agate and, to a certain extent, it affects defendant Leonard

8 DiMaria.

9     THE COURT:  Any request by 325 can denied.

10    There's another small group that we ought to address

11 before we get to the main points, and that is those who were

12 sentenced at a time when there was no indication, as I recall,

13 in the presentence report and no demand for restitution and

14 the court sentenced the defendant without indicating that

15 there was a restitution issue.

16    Who is present that represents that group?

17    MR. FROCCARO:  James Froccaro for Angelo Ruggiero on

18 that issue.

19    MR. PARROTTA: Patrick Parrotta for Mr. Joseph

20 Spinnato on that issue, Judge.

21    MR. RUBENSTEIN:  Ron Rubenstein for Arthur Zagari on

22 that issue.

23    MR. DeMARCO:  Mark DeMarco for Richard Gotti.

24    MR. WASSERMAN:  Mark Wasserman for Vincent Gotti..

25    MS. KEDIA: Sarita Kedia for Mario Cassarino.

1    THE COURT:  What is the government's view on that?

2  I think under the statute those parties are released.

3    MR. BROWNELL:  Judge, I believe the only defendants

4  that it should apply to are defendants Filippelli and one of

5  the Gottis, I apologize I don't remember which one, which the

6  government specifically on the record indicated at the time of

7  sentence that the government's was not seeking restitution

8  from.

9    For instance, I know as to defendant Mario

10 Cassarino, he was sentenced at a time when we were scheduling

11 the restitution hearing and the court got from all those

12 defendants their consent to have that restitution order after

13 the actual sentence occurred.

14    It really shouldn't apply to very many defendants.

15    THE COURT:  That was my impression, that it was just

16 very few of them.

17    MR. FROCCARO:  With respect to Mr. Ruggerio, I had

18 attached to my letter to your Honor --

19    MR. BROWNELL:  That does apply to Mr. Ruggerio as

20 well.

21    THE COURT:  Let me see if I can get that problem

22 straightened out.

23    The government's view is it applies to what?  No

24 restitution first.  To Local 325.  That releases what

25 defendants?

1    MR. BROWNELL:  Mosca, Louis Mosca and Joseph Agate.

2    MS. KELLMAN:  And Leonard DiMaria to the extent of

3  his exposure on that count.

4    MR. BROWNELL:  Yes.  I'm sorry.

5    THE COURT:  And Leonard DiMaria.

6    Any claim based on Local 325 is denied by consent,

7  Local 325 and the government.

8    Now we have the group of cases where a sentence

9  proceeded by, in effect, a waiver I will say by silence of

10  court and prosecutor.

11    The prosecutor's admission is as to what defendant?

12    MR. BROWNELL:  Louis Filippelli, Anthony Ruggiero

13  Junior.

14    MR. FROCCARO:  It's Angelo.

15    MR. BROWNELL:  I'm sorry.

16    THE COURT:  It's what?  I didn't hear the remark.

17  Excuse me.  What did you say?

18    MR. FROCCARO:  Angelo Ruggiero is my client's name,

19  not Anthony.

20    THE COURT:  I apologize.  Is he here?

21    MR. FROCCARO:  He's incarcerated, Judge.

22    THE COURT:  Give him my deepest apologies.

23    MR. FROCCARO:  Yes, your Honor.

24    THE COURT:  Who is the third?

25    MR. BROWNELL:  Richard Gotti, your Honor.  At that

1  particular time the government did not seek restitution..

2        THE COURT:  All right.  So those three are denied.

3        Now, who else is seeking on that ground?

4        MR. PARROTTA: Patrick Parrotta for Joseph Spinnato,

5  your Honor.  He was sentenced in --

6        THE COURT:  Excuse me?

7        MR. PARROTTA:  Patrick Parrotta for Joseph Spinnato.

8        THE COURT:  What is your view?

9        MR. PARROTTA:  My client was sentenced in August of

10  2008.  There was no indication by the government that they

11  were seeking restitution.

12        Additionally, on October 2nd of 2008, the

13  government, in their restitution memorandum to the court,

14  stated; with respect to Local 282, defendants Spinnato and

15  Doria pled guilty to mail fraud conspiracy stemming from

16  Spinnato and John Doe 4's failure to pay union wages.

17        I will go on:  Spinnato and Doria, a bookkeeper who

18  facilitated the fraud, should not be required to pay

19  restitution for this crime because John Doe 4 has already

20  repaid the union more than $850,000 in restitution and fines,

21  fully compensating Local 282 for its losses.

22        MR. BROWNELL:  Your Honor, as the government

23  informed the court in our submission on February 20th, in fact

24  the full amount of the restitution was not able to be

25  collected.

1       We also did not have the submission of Local 282 at

2  the time of Spinnato's sentencing and of course the government

3  was not seeking any restitution from Spinnato with regard to

4  Joseph Vollaro JD 4.  But we were not speaking on behalf of

5  Local 282, who, later on in October of 2008, submitted a

6  fairly lengthy submission to the court outlining what they

7  believe to have been their loss given the crime that

8  Mr. Spinnato and Miss Dauria committed with regard to Local

9  282.

10      THE COURT:  If at the time of the sentence, the

11  sentence is imposed under the statute without restitution

12  being ordered, or without an indication that the issue would

13  be addressed within 90 days, or a waiver of the 90-day rule --

14  isn't there a waiver?

15      Let me see the statute.  What are you relying on?

16      MR. BROWNELL:  Judge, I'm certainly not an expert in

17  this area, but anyway, 18 USC 3664(d)(5).  I can actually hand

18  it to the court.

19      THE COURT:  I have here.

20      MR. BROWNELL:  It indicates that if the government

21  subsequently learns of a victim's losses that did not exceed

22  the 90-day period that the government that the victim actually

23  is still within the 90-day period.

24      In this particular case, Mr. Spinnato was not

25  sentenced until August and the submission by Local 282 was in

1  October, outlining what they believe their loss to be with

2  regard to the fraud that he participated in.

3          THE COURT:  Let me read you subdivision 5, which

4  you're relying on.

5          If the victim's losses are not ascertainable by the

6  date that is ten days prior to sentencing, the attorney for

7  the government or the probation officer shall so inform the

8  court and the court shall set a date for the final

9  determination of the victim's losses not to exceed 90 days

10  after sentencing.

11          Did you at the time of sentencing inform the court

12  that the victim's losses were not then ascertainable?

13          MR. BROWNELL:  We did not.

14          THE COURT:  Then I think you're out under the terms

15  of the statute.

16          The subdivision goes on to say:  If the victim

17  subsequently discovers further losses -- which implies that

18  some losses were then brought to the attention at the time of

19  the sentence, but if you didn't bring any losses to the

20  attention of the court at the time of the sentence, I don't

21  think I have authority to impose restitution.

22          MR. BROWNELL:  Actually, Judge, I believe in the

23  presentence report, which I don't have for Mr. Spinnato in

24  front of me, there was some indication of losses there.  I

25  don't have it with me.

1      THE COURT:  This is a tricky point.  I do believe

2  that sentencing requires some finality.

3      As everyone here, I think, knows, having

4  participated in my sentencings, I have a very extensive

5  checklist developed over the years, which takes account of

6  most reversals by the Second Circuit of sentencings by

7  district judges in this circuit.

8      There are two historical matters that come to mind

9  in connection with this.  Under the old Civil Practice Act,

10  lawyers, after they were admitted to the bar, learned what was

11  required in civil practice at the rate of $10 a case when they

12  made their mistakes -- and they made a mistake in every

13  case -- so after a certain number of years, having had their

14  client pay these $10 fees, they became adept.  I've collected

15  this on behalf of myself and all others.

16      So we conduct a very thorough examination.  The

17  other historical fact that comes to mind is that from the

18  United States Navy.  The United States Navy had, particularly

19  when it was a sailing navy, sails instead of other methods of

20  propulsion were used, very extensive regulations on what

21  sailors had to do and when.  They had to wear skivvy shirts to

22  keep powder burns off, and things like that, and that's how it

23  developed -- the huge bureaucratic naval regulations developed

24  one tragedy at a time.

25      So it does seem to me that if it hasn't been brought

to the attention of the court in that extensive proceeding,

that this court conducts, the defendant is entitled to assume

that the sentence is the complete judgment of the court.

MR. GILBERT:  Michael Gilbert on behalf of Local

282.  I believe there are cases in the circuit that say that

if there is no prejudice to the defendant, and that he is

still entitled to challenge the claim for restitution, that

the 90-day period can and should be excused, particularly

where we have, as we have here --

THE COURT:  No.  That is a case where the court was

not in a position -- I believe -- you may have other cases,

but I believe those cases are in general cases where

restitution came up at the time of sentence, they couldn't

establish what the restitution should be, 90 days was allowed

to make restitution, and then you could extend beyond the

90 days for good cause, such as you suggest and, in fact, in

this case the court obtained a waiver to go beyond the

90 days.

But you know these cases better than I.  Are there

cases where restitution was not raised at the sentence where

the 90-day rule exception was applied?

MR. GILBERT:  Frankly I don't know the answer off

the top of my head.  I would be happy to submit cases to the

court tomorrow if we can find support for that.

What's happened here, you have the government submit

to the court incorrectly that there was no restitution obligation. They have now corrected that.

THE COURT: Excuse me. With all due respect, sir, the union had an obligation to come in, it knew about this case, it knew about its alleged loss, it had an obligation to have a representative here assert its claim.

The government, to its credit, had a huge case, which, I parenthetically remark, it handled with great skill and it seems to me, if there is anything remiss here, it's in the union's failure to come forward and protect the union.

I don't say that critically of the attorney, of course.

MR. GILBERT: We did, your Honor, we assembled very detailed materials outlining all the claims that the union had as a result of this scheme and they were submitted to the court in October.

It's true, that was after the sentencing in August, there is no question about that. As I understand it, we weren't involved at the time, but the union did receive some notification from the government about proceedings here, but frankly they weren't that clear and the union, not being -- unfortunately for them, the Fund not being familiar with this process, did not read those notices to mean they had to appear here and when we got involved, we certainly advised them that's what they do and that's what we did.

1    THE COURT:  They didn't have to appear, but they did

2  had to bring it to the court's attention.

3        This case was a case of common knowledge in the

4  community.  Certainly, the union was aware of it because it

5  was a scandal among unions and remains a scandal that these

6  mobs are taking and have taken advantage of many of them.

7        I'll receive briefs on it.  You have one week to

8  submit a brief.

9        MR. GILBERT:  Thank you, your Honor.

10        THE COURT:  I will take one week from the

11  government.

12        I would like, on the record, to know which

13  defendants fall into the category that we are now addressing,

14  that is where restitution is not mentioned at the time of

15  sentence.

16        MS. KEDIA: Sarita Kedia for Mario Cassarino.  I know

17  Mr. Brownell has taken a different view, but I do not believe

18  that restitution was mentioned at the time of Mr. Cassarino's

19  sentence.

20        THE COURT:  Cassarino?

21        MR. BROWNELL:  Do you want me to wait for everybody?

22        THE COURT:  Yes.  Then you can go back to the

23  record.  You have the transcripts and I'll give you a week to

24  put it together and I will decide it.

25        MR. MAZUREK:  Henry Mazurek on behalf of Vincent

1  Dragonetti. I have just thoroughly reviewed the sentencing

2  transcript of August 8th.

3          THE COURT: On behalf of who?

4          MR. MAZUREK: Vincent Dragonetti. He was sentenced

5  on August 8th, 2008 and nowhere in the record was restitution

6  raised by the government or addressed in any way.

7          MR. RUBENSTEIN: Ron Rubenstein for the defendant

8  Arthur Zagari. He was sentenced on August 8th of 2008 before

9  your Honor. The judgment provides restitution not applicable.

10  He pled to a money laundering count.

11          THE COURT: Submit a brief. Submit that in writing,

12  would you, because we so many of these cases.

13          MR. RUBENSTEIN: Surely.

14          MR. WASSERMAN: Mark Wasserman on behalf of Vincent

15  Gotti. Your Honor, Vincent Gotti's similar to Richard Gotti.

16  He was sentenced the same day, given the exact sentence --

17          THE COURT: You represent Vincent Gotti?

18          MR. WASSERMAN: I do.

19          THE COURT: Restitution was not mentioned?

20          MR. WASSERMAN: It was not mentioned. In fact, when

21  it was mentioned, it was not applicable. It was raised and

22  the government wasn't seeking restitution. There was no issue

23  as to that.

24          THE COURT: Submit a letter with a motion to deny

25  in the case of all of these people who come within this

1 category, in their opinion.

2      MR. WASSERMAN:  I did submit a letter yesterday

3 addressing that issue.

4      THE COURT:  If you've done it you've satisfied my

5 request indicating why you come within this category.

6      MR. WASSERMAN:  Very well, Judge.

7      THE COURT:  Vincent Gotti.  Who else?

8      MS. KEDIA:  I believe that Joseph Corozzo may fall

9 into that same category.  I will check the minutes and submit

10 a letter to the court.

11      THE COURT:  Joseph Corozzo.

12      MS. KEDIA:  Yes.

13      MR. PARROTTA:  Mr. Spinnato you have already listed.

14 I had mentioned it earlier.  I want to make sure he's in the

15 same category.

16      THE COURT:  I'm finding now Louis Filippelli, Angelo

17 Ruggiero and Richard Gotti are exempt from restitution for the

18 reason already stated in the second category, and that the

19 court will accept within one week written submissions from

20 Vincent Dragonetti, Arthur Zagari, Vincent Gotti, Joseph

21 Corozzo and Joseph Spinnato.

22      MS. KEDIA:  And Mario Cassarino, your Honor.

23      THE COURT:  And Mario Cassarino on this issue.

24      If I don't get it within a week then I will assume

25 you're not seeking this exemption and restitution will be

granted, if the government proves restitution should follow.

So that is the second category.

Now, the third category is the one union we now have, which is Local what?  Who is representing the union who just spoke?

MR. GILBERT:  Local 282, your Honor.

THE COURT:  Of what?

MR. GILBERT:  Actually, the fund of Local 282.

THE COURT:  Local 282 of what union?

MR. GILBERT:  Of the International Brotherhood of Teamsters.

THE COURT:  International Brotherhood of Teamsters?

MR. GILBERT:  Correct.

THE COURT:  You are seeking restitution from what defendants.

MR. GILBERT:  Spinnato.

THE COURT:  Come forward, please, so I can hear you better or speak into the microphone.

MR. GILBERT:  We are seeking restitution from defendant Spinnato.  Your Honor already ordered restitution as to defendant Dauria.

THE COURT:  As to Spinnato.  The other defendant I ordered restitution --

MR. PARROTTA:  At the time of sentence, Judge.

THE COURT:  At the time of sentence, I imposed

1   sentence of restitution of well over a million dollars on one

2   defendant to be paid at the rate of $25 a month, as I recall.

3           MR. BROWNELL:  Miss Dauria, your Honor.

4           THE COURT:  To be doubled when and if her income

5   doubles.

6           MR. GILBERT:  At that time, your Honor, you also

7   indicated that the restitution obligation should be joint and

8   several with Spinnato.

9           THE COURT:  What did I say when Joseph Spinnato was

10  sentenced, which is what is critical, not what I said when

11  some other defendant was sentenced.

12          MR. GILBERT:  Understood.

13          THE COURT:  Did I make any statement when Spinnato

14  was sentenced is your question and mine?

15          I suggest you check on it.  If I didn't, you're in

16  that category of those who you can't get restitution from.

17          MR. GILBERT:  We'll check on it.

18          THE COURT:  I expect a brief within a week.

19          MR. GILBERT:  Thank you.

20          THE COURT:  That covers Local 282 of the

21  International Brotherhood of Teamsters.

22          The fourth category is the well-known Mr. No. 4 --

23  who is -- who is he?

24          MR. BROWNELL:  Do I have to say?  Mr. Vollaro.

25          THE COURT:  Mr. Vollaro.

1    Is he the only one now remaining that we have to

2  deal with?

3    MR. BROWNELL:  That's correct, Judge.

4    THE COURT:  All right.  What are you seeking from on

5  behalf of Vollaro?  There are a number of subcategories.

6    MR. BROWNELL:  That's correct.  I submitted on ECF

7  the morning a revised chart, most of which has to do with

8  Mr. Vollaro, minus Local 225;s initial claim.

9    THE COURT:  Let's take a look at that.  How do you

10  want to proceed with these people?

11    MR. BROWNELL:  I have Agent Mellone here who, I

12  understand, testified yesterday and today, who is available to

13  testify in summary fashion regarding those particular issues.

14    THE COURT:  Where is the agent?

15    MR. BROWNELL:  Here.

16    THE COURT:  Come forward, please.  Take the witness

17  stand, sir.

18    MR. SHARGEL:  Judge, there's one issue with regard

19  to this agent.  I understand from the government lawyer that

20  packages of 3500 material are -- I guess it would be 26.2

21  material -- were sent out on Friday.

22    Several of the lawyers, myself included, did not

23  receive that material.  So I have not a piece of paper about

24  his testimony.  It's quite voluminous, as Miss Kellman is

25  holding it up before you.

1          MS. KELLMAN:  Which shouldn't indicate that I

2   received it because I got it as I walked into the courtroom

3   today, having heard about it from a reporter downstairs, grand

4   jury testimony, and a variety of other matters.

5          THE COURT:  Thank you.

6          Now, as to Vollaro, there are categories of cases,

7   right.

8          MR. BROWNELL:  That's correct, Judge.

9          THE COURT:  What are the categories?  A.

10         MR. BROWNELL:  Trucking.

11         THE COURT:  There's one amount for trucking?

12         MR. BROWNELL:  That's correct, Judge.

13         THE COURT:  And B.

14         MR. BROWNELL:  Let me get the list so I don't

15   forget.  Liberty View Harbor.

16         THE COURT:  B is Liberty View.

17         MR. BROWNELL:  Of which there are two parts.

18         THE COURT:  Yes.

19         MR. BROWNELL:  Staten Island Cement Company profits.

20         THE COURT:  And?

21         MR. BROWNELL:  Staten Island Cement Company sales.

22         THE COURT:  Staten Island Cement Company sales.

23         MR. BROWNELL:  Cement powder.

24         THE COURT:  3.  Cement powder.

25         MR. BROWNELL:  Excavation.

1          THE COURT:  4.  Excavation.

2          MR. BROWNELL: Brancoto.

3          THE COURT:  That's five.

4          MR. BROWNELL:  Excavation was six.

5          THE COURT:  No, I have one, Staten Island Cement

6    profits.

7          MR. BROWNELL:  Trucking would have been first,

8    Judge.

9          THE COURT:  First is trucking?

10         MR. BROWNELL:  Yes.

11         THE COURT:  Okay.  Two is Staten Island Cement.

12         MR. BROWNELL:  Yes.

13         Two was Liberty View Harbor.

14         THE COURT:  The whole thing is Liberty View, isn't

15   it?

16         MR. BROWNELL:  No, Judge.

17         THE COURT:  I have the copy here.  Trucking is A

18   under 4.  Liberty View Harbor is B.

19         MR. BROWNELL:  Correct.

20         THE COURT:  Staten Island Cement profits is C.

21         MR. BROWNELL:  Correct.

22         THE COURT:  Staten Island Cement Company sale is D.

23   Cement powder is E.

24         MR. BROWNELL:  Excavation would be next.

25         THE COURT:  Excavation is F.

1            MR. BROWNELL:  Nascar would be G.

2            THE COURT:  Nascar is G.

3            MR. BROWNELL:  Brancoto would be H.  Kilgannon

4      Polakoff payoff would be I.

5            THE COURT:  "Payoff" did you say?

6            MR. BROWNELL:  Correct.

7            THE COURT:  Yes.

8            MR. BROWNELL:  Last would be Schiavone.

9            (Continued next page)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          THE COURT:  That's it?

2          MR. BROWNELL:  That is correct, Judge.

3          THE COURT:  Okay.  On the trucking, we have the

4    amount and then we have who are the defendants you are seeking

5    from?

6          MR. BROWNELL:  The trucking would be defendants

7    Nicholas Corozzo, Leonard DeMaria.

8          THE COURT:  Wait just a minute.

9          Yes?

10         MR. BROWNELL:  And Vincent Dragonetti.

11         THE COURT:  Yes?

12         MR. BROWNELL:  Joseph Scopo.

13         THE COURT:  Yes?

14         MR. BROWNELL:  And Robert Epifania.

15         THE COURT:  As to them, I take it, you seeking a

16   single amount to be paid jointly and severally?

17         MR. BROWNELL:  That is correct, Your Honor.

18         $128,000.

19         THE COURT:  $128,000?

20         MR. BROWNELL:  Eight hundred.  I'm sorry.  $128,800.

21         THE COURT:  Thank you.

22         Liberty View, who are you seeking against?

23         MR. BROWNELL:  Nicholas Corozzo, Leonard DeMaria,

24   Vincent Dragonetti.

25         THE COURT:  Just a moment.

1          Yes?

2          MR. BROWNELL:  Anthony Scibelli.

3          THE COURT:  You are seeking under that heading how

4   much?

5          MR. BROWNELL:  As to the first three of those

6   defendants, $219,809.

7          THE COURT:  You seeking how much again?

8          MR. BROWNELL:  $219,809.

9          THE COURT:  And the last?

10         MR. BROWNELL:  Is to Mr. Scibelli, $103,853.

11         THE COURT:  Say it again.

12         MR. BROWNELL:  $103,853.

13         THE COURT:  Okay.

14         MR. SHARGEL:  To which we object.

15         THE COURT:  C, Staten Island Cement, profits?  You

16  are seeking against?

17         MR. BROWNELL:  Thomas Cacciopoli, Mario Cassarino,

18  both Nicholas and Joseph Corozzo, Leonard DeMaria, Vincent

19  Dragonetti, Robert Epifania, Louis -- Ernest Grillo and

20  Vincent Pacelli.

21         And the total amount sought --

22         THE COURT:  Vincent, what's his last name?

23         MR. BROWNELL:  Pacelli, P A C E L L I.

24         THE COURT:  Total is?

25         MR. BROWNELL:  $54,496.

1          THE COURT:  Okay.  Staten Island Cement sale?

2          MR. BROWNELL:  Thomas Cacciopoli.

3          THE COURT:  Thomas?

4          MR. BROWNELL:  Cacciopoli, Domenico Cefalu.

5          THE COURT:  Domenico?

6          MR. BROWNELL:  C E F A L U, Mr. Cefalu.

7          THE COURT:  Yes?

8          MR. BROWNELL:  Both Nicholas and Joseph Corozzo,

9    John D'Amico, Leonard DeMaria and Augustus Sclafani.

10          THE COURT:  You are seeking a single amount --

11          MR. BROWNELL:  Yes.  $8,000.

12          THE COURT:  -- as to cement powder?

13          MR. BROWNELL:  Three defendants, Nicholas Corozzo,

14    Leonard DeMaria and Vincent Dragonetti.

15          The total is $6,000.

16          THE COURT:  Yes?

17          MR. BROWNELL:  Excavation is the next category.

18    Nicholas Corozzo, Leonard DeMaria.

19          THE COURT:  Wait just a moment.

20          MR. BROWNELL:  Vincent Dragonetti and Arthur Zagari.

21          The total is $36,000.

22          THE COURT:  Okay.  Nascar.

23          MR. BROWNELL:  Nascar, Frank Cali, Mario Cassarino,

24    Nicholas Corozzo, Leonard DeMaria.

25          THE COURT:  Wait just a moment, please.

1    Yes?

2    MR. BROWNELL:  And Vincent Dragonetti.

3    The total is $8,000.

4    THE COURT:  Okay.

5    MR. BROWNELL:  Brancato.

6    THE COURT:  Yes?

7    MR. BROWNELL:  Jerry Brancato, Joseph Chirico,

8 Nicholas Corozzo.

9    THE COURT:  Yes?

10    MR. BROWNELL:  Leonard DeMaria, Vincent Dragonetti.

11    The total is $4,000.

12    THE COURT:  Okay.

13    MR. BROWNELL:  The Kilgannon-Polakoff payoff is

14 Kilgannon-Polakoff.  Just so Your Honor knows, Kilgannon has

15 already paid $4,500.

16    The total amount is $9,000.

17    Then lastly --

18    THE COURT:  Wait just a moment, please.

19    Yes?

20    MR. BROWNELL:  Schiavone, there are two defendants,

21 Nicholas Calvo, C A L V O, and Michael King.

22    THE COURT:  Michael?

23    MR. BROWNELL:  King.

24    And the total is $119,000.  $119,700.  I didn't say

25 that right.

1    THE COURT:  Is there anybody else present who is

2  seeking restitution in these related cases?

3    Since there is no answer, and this matter has been

4  fully publicized, the Court assumes that this constitutes the

5  total amount of the claims.

6    All right.  We will proceed.  The government will

7  now proceed to meet its burden by calling its first witness.

8    MR. SHARGELL:  Judge, before we do that, may I step

9  out for two minutes?

10    THE COURT:  Does anybody else want a break?  Shall

11  we take a break of a few minutes for everybody?

12    MS. MACEDONIO:  Yes.

13    THE COURT:  Yes.  Everybody wants a break.  You

14  touched a raw nerve.

15    (Pause.)

16    THE COURT:  May I see the government?

17    This is an application on behalf of?

18    MR. BENFANTE:  On behalf of Joseph Chirico, Your

19  Honor.  This is Joseph Benfante on his behalf.

20    I fell asleep at the switch, so to speak.  I

21  misheard the judge.

22    I should be in the first category as my case was --

23  my client has been sentenced and it was discussed at

24  sentencing, restitution, but was -- it was put off until

25  today, the determination by the Court.

1    MR. BROWNELL:  The 90 days was waived.

2    MR. BENFANTE:  I agree with you.  The 90 days was

3  waived, Judge, yes.

4    I -- everybody else is in the case.  I am here

5  because of $4,000.  I wanted to make sure the Court knew that.

6    There is a claim extant, Your Honor.  There is a

7  claim outstanding.  It is not waived by the government.

8    THE COURT:  Which claim is this?

9    MR. BROWNELL:  Judge, I think -- I think Mr. Chirico

10  is in the category of most of the other defendants.  We

11  didn't -- you didn't order restitution at the time of sentence

12  because we knew that there was going to be a sentencing

13  hearing later on.

14    MR. BENFANTE:  Exactly.

15    MR. BROWNELL:  At the time the 90-day period was

16  waived.

17    THE COURT:  Okay.  So you are seeking restitution

18  from him?

19    MR. BROWNELL:  Exactly.

20    MR. BENFANTE:  I wanted to make sure, Judge.

21    THE COURT:  Okay.

22    MR. BENFANTE:  Thank you, Judge.

23    (Recess taken.)

24    (Continued on next page.)

25

1         MR. BROWNELL:  These will be the exhibits for this

2 afternoon, RH-1 through eleven, and then under some of the

3 exhibits eight, nine and eleven, there are letter -- there are

4 additional exhibits, A through double A, A through U, and A

5 through N.

6         I presume, Judge, you want me to go quickly through

7 this?

8         THE COURT:  Swear the witness, please.

9         THE CLERK:  Please stand, sir.

10         Do you understand your obligation to tell the truth,

11 the whole truth, and nothing but the truth, under penalty of

12 perjury?

13         THE WITNESS:  Yes.

14         THE CLERK:  Please be seated.

15         State and spell your full name.

16         THE WITNESS:  Jonathan Mellone, M E L L O N.

17         THE COURT:  Speak up, please.

18         State your name.

19         THE WITNESS:  Jonathan Mellone.

20         MR. DeMARCO:  Your Honor, before the government

21 proceeds with the examination of this witness, may I be

22 excused, since the claim against Richard Gotti was dismissed?

23         THE COURT:  Yes.

24         MR. WASSERMAN:  Your Honor, I understand from the

25 Assistant that they are not going to be presenting any

1  evidence today as to Vincent Gotti.  I will have my submission

2  to you in a week.

3          THE COURT:  Yes.  You are excused.

4          MR. WASSERMAN:  Thank you very much.

5          MS. RESNICK:  On behalf of Louis Filippelli, may I

6  be excused in that capacity?

7          THE COURT:  No objection?

8          You are excused.

9          MS. RESNICK:  Your Honor, I also want to know if I

10  may be excused as I am representing Bettina Schein for

11  purposes of the Polakoff payoff.  I simply wish to join in the

12  applications made by cocounsel with respect to the

13  credibility.

14          THE COURT:  You may have a judgment against your

15  client.  Is that right?

16          MS. RESNICK:  Depending on what happens here today.

17  I am not sure how far Your Honor is prepared to go this

18  afternoon.

19          THE COURT:  Your client, if you don't wish to

20  represent him, is exposed to whatever the Court will do.

21          MS. RESNICK:  Thank you, Your Honor.

22          MR. GINSBERG:  Your Honor, for William Scotto.

23          The government in its recent submissions has

24  indicated that it's not seeking restitution for Mr. Scotto,

25  though it earlier had indicated that it was.

1          May I be excused?

2          MR. BROWNELL:  That is correct, Judge.

3          THE COURT:  You are excused.

4          MR. GINSBERG:  Thank you.

5          THE COURT:  Anybody else?

6          All right.  We will hear from this government

7   witness.

8   DIRECT EXAMINATION.

9   BY MR. BROWNELL:

10  Q    Mr. Mellone, how long have you been an agent with the

11  Department of Labor Inspector General's Office?

12  A    A little over seven years.

13  Q    During the course of those seven years, in general, what

14  kind of investigations have you been involved with?

15  A    Investigations into union corruption and organized

16  crimes's involvement in labor markets.

17  Q    Did there come a time a couple of years ago that you

18  became involved in an investigation involving, among other

19  people, an individual named Joseph Vollaro?

20  A    Yes.

21  Q    What was the nature of that investigation, just very

22  briefly?

23  A    There were allegations that Joseph Vollaro was operating

24  a trucking company out of Staten Island that had a collective

25  bargaining agreement with Local 282 of the International

1   Brotherhood of Teamsters.  Under that collective bargaining

2   agreement, they were required to pay union wages on all of

3   their employees.  It was alleged at the time that he had

4   another shop, another trucking company, where he paid his

5   union employees nonunion wages.

6   Q    Did there come a time when you and other agents involved

7   with your investigation arrested Mr. Vollaro?

8   A    Yes.

9   Q    Was that in January of 2005?

10  A    Yes.

11  Q    When Mr. Vollaro was arrested, was anything found in his

12  possession?

13  A    He had a half a kilogram of cocaine with him.

14  Q    Upon his arrest, or within hours afterwards, did he agree

15  to cooperate with the government?

16  A    He did.

17  Q    Again, very briefly, what was the nature of his

18  cooperation with the government?

19  A    He was to record all conversations related to organized

20  crime, members and associates of organized crime, and anyone

21  involved in criminal activities.

22  Q    Was he given a device by law enforcement in which to make

23  these recordings?

24  A    He was.

25  Q    At the time of his arrest, was he involved in the running

1  of any companies?

2  A    At the time of his arrest he had two companies, a

3  trucking company and a cement company.

4  Q    During the course of his cooperation that started in

5  January of 2005 -- and when did it end approximately?

6  A    In January 2008.

7  Q    I am referring -- during that time period that you have

8  just mentioned, did he in fact make recordings of various

9  individuals?

10  A    He did.

11  Q    How was it that you and other members of the law

12  enforcement team involved in this investigation collected

13  those conversations that were recorded?

14  A    We arranged to meet Joe Vollaro approximately once a week

15  at a location where he would leave the recorder, leave the

16  location.  I'd meet him, get the recorder, switch it with

17  another recorder.  I would then leave the location and he

18  would come back and get the recorder.

19  Q    Did members of the law enforcement team take any measures

20  to ensure that Mr. Vollaro was in fact doing what he was

21  supposed to do in terms of making the recordings?

22  A    Yes.

23  Q    What -- again, in summary fashion, what did the team do?

24  A    We had other law enforcement sources that were able to

25  confirm who he was meeting with at different times, as well as

1  other cooperating witnesses that were able to verify what Joe

2  Vollaro was doing.

3         We were also up on wiretaps that we were able to

4  confirm activities of Joe Vollaro.

5  Q    Did you have an occasion during the course of this

6  investigation to listen to the various recordings that were

7  made in conversations with Mr. Vollaro during this period?

8  A    I did.

9  Q    When did you listen to them in reference to when they

10 were actually recorded?

11 A    Within a day or so of getting the recordings downloaded

12 and back.

13 Q    During the course of Mr. Vollaro's cooperation with the

14 government from January of 2005 at least through January of

15 2008, did he make various payments to known organized crime

16 figures and other people involving various extortions that

17 have been the subject matter of this case?

18 A    He did.

19 Q    Was there a way in which you and the other members of the

20 team verified when the payments were being made and the

21 amounts of the payments that were being made?

22 A    Myself or other agents spoke with Joe Vollaro in the

23 morning and were given a detailed outline of what his plans

24 were for the day.  And then after every meet that he recorded,

25 he would call in and give a detail of who he met with and what

1   the meet was about.

2   Q    Were these payments made in cash?

3             Were they made in check?

4             Were they made in other forms, or were they made by

5   cash and check?

6   A    Cash and check.

7   Q    First I would like to talk about the trucking company.

8             At the time of Mr. Vollaro's arrest in January of

9   2005, what were the name or names of his trucking companies?

10  A    His union truck company was Andrews Trucking and his

11  nonunion trucking company was Dump Masters.

12  Q    Did he have a partner in those companies?

13  A    Yes.

14  Q    What was the name of his partner?

15  A    Joseph Spinnato.

16  Q    At the time of his arrest in January of 2005, were those

17  trucking companies under the control of any organized crime

18  figures?

19  A    They were.

20  Q    Who were they under the control of?

21  A    Thomas Cacciopoli.

22  Q    And who is Thomas Cacciopoli?

23  A    He's a captain in the Gambino Crime Family.

24  Q    Upon Mr. Vollaro's arrest, did he give you information

25  regarding the history of that particular company?

1  A    He did.

2  Q    In summary fashion, could you tell us what he told you

3  regarding how it was that that trucking company, or those

4  trucking companies, came under the control of Mr. Cacciopoli?

5  A    In --

6       MR. SHARGELL:  Your Honor, I object to this under

7  Crawford v Washington.  Any conversation with Mr. Vollaro is

8  testimonial in nature.

9       MS. KELLMAN:  I join in that application on behalf

10 of Mr. DeMaria.

11      MR. BROWNELL:  Judge, I believe at a restitution

12 hearing hearsay is admissible.

13      MR. SHARGELL:  But the confrontation clause still

14 applies.

15      THE COURT:  What's the government's response?

16      MR. BROWNELL:  Judge, again, in an evidentiary

17 hearing, this is different than a trial, that the testimony

18 should be allowed, the hearsay, that Mr. Vollaro told,

19 especially a restitution hearing.

20      THE COURT:  I don't think that's a sensible rule of

21 law because the person seeking restitution generally will tend

22 to exaggerate what's due and the person who is acting in

23 effect as an agent of the person seeking restitution will be

24 under the same pressures.

25      MR. BROWNELL:  Judge, except that I believe at the

1    time that these conversations would have taken place between

2    Mr. Vollaro and the agent back in January of 2005, restitution

3    was not a subject -- was on the mind of either the agent or

4    Mr. Vollaro regarding these conversations.

5              THE COURT:  I think the Supreme Court has said, has

6    it not, that restitution has the effect of punishment as well

7    as compensation.  Is that so?

8              MR. BROWNELL:  Judge, I honestly don't know.

9              THE COURT:  I think that's so.

10             We have a great assemblage of experts on criminal

11   law.  Is that so?

12             MR. SHARGELL:  I believe that is so.

13             MR. BROWNELL:  I can ask it another way.

14             THE COURT:  Yes.  If you withdraw the question and

15   you want to put another question, you are free to proceed.

16             MR. BROWNELL:  Thank you.

17   EXAMINATION CONTINUES

18   BY  MR. BROWNELL:

19   Q    Agent Mellone, would it be safe to say there were

20   literally hundreds of conversations that were recorded during

21   the course of Mr. Vollaro's cooperation from February of 2005

22   through January of 2008?

23   A    Approximately nine hundred.

24   Q    You have had an opportunity to listen to those

25   conversations?

1    A    I have.

2    Q    During the course of those conversations, were there any

3    discussions, especially with Joseph Spinnato and Thomas

4    Cacciopoli and other members of the Gambino Family, discussing

5    the history of the trucking company that we have been talking

6    about?

7    A    There were.

8    Q    I am going to ask you to base the answers to my questions

9    on your listening to those particular conversations.

10   A    Okay.

11   Q    With regard --

12             MR. SHARGELL:  If I may?

13             It depends on who he is listening to.  If he is

14   listening to a party and it is the admission of a party

15   opponents, that's one thing.  But if he is basing it on the

16   testimonial statements of a cooperator who is beyond the reach

17   of cross-examination -- and Your Honor will recall that we

18   subpoenaed Vollaro's attendance here.  Your Honor quashed

19   those subpoenas.  We wanted to exercise our rights to

20   cross-examine Mr. Vollaro.

21             MR. BROWNELL:  Judge, this is not -- I am not asking

22   anything with regard to testimony.  I am asking the agent to

23   testify based on his listening of consensually recorded

24   conversations made during the course of this investigation.

25             MR. SHARGEL:  Judge, you instruct juries, it's not

1  the words of the informant that counts.  It's the words of the

2  party.  The purpose of the informant's statement is just to

3  put the conversation in context.

4            THE COURT:  That is correct.

5            MR. SHARGEL:  This is hearsay.  There is a

6  constitutional violation here.

7            MR. BROWNELL:  It's not hearsay.

8            THE COURT:  However, these people who were being

9  recorded by the cooperating witness were by rule for the

10  purpose of admissibility members of the conspiracy and these

11  statements were being made by those members in furtherance and

12  during the course of the conspiracy.  On the tapes the

13  statement of Vollaro will not come in for what Vollaro said

14  but just to put in context the statements of the

15  coconspirators that they believed were being made in

16  furtherance of the conspiracy.

17            MR. SHARGEL:  I fully agree with that.  No question

18  about that.

19            But what the question invited -- the question was

20  broader than that.

21            THE COURT:  Yes.

22            MR. SHARGEL:  The question was essentially, what did

23  you learn from listening to the tapes.

24            THE COURT:  Correct.

25            MR. SHARGEL:  That's an improper question, I

1  respectfully submit.  It's too broad.  The agent is then free

2  to testify to what Vollaro was saying on the tapes, which were

3  not statements made in furtherance of the conspiracy under

4  801(d)(2)(E).  They were statements that were made by a

5  cooperating witness who wasn't a member of the conspiracy at

6  the time.

7            THE COURT:  Correct.

8            Do you want to put in all the recordings?

9            MR. BROWNELL:  I don't have them to put in evidence.

10  But I will certainly ask that they be put in.

11            THE COURT:  Based on the objection and the

12  concession of learned counsel, I would imagine the recordings

13  would come in with transcripts to assist the Court in

14  understanding them.

15            Correct?

16            MR. SHARGEL:  Correct, sir.

17            MR. BROWNELL:  Judge, I can get that to the Court.

18  It's a number of disks.  I don't know that everything is

19  transcribed.

20            THE COURT:  I know.

21            But you are going to have to give it to the counsel.

22            MR. BROWNELL:  The recordings have been made

23  available to counsel and have been available since, I believe,

24  May of 2008.

25            THE COURT:  All of the recordings?

1      MR. BROWNELL:  All of them have been made available

2  for counsel for months.

3      MR. SHARGEL:  We have them.  If he is going to rely

4  on them, then I respectfully submit that he should play the

5  portions on which he is relying instead of some broad question

6  put.  We are ready to have the tapes played.  We have studied

7  them.

8      MS KELLMAN:  I would love to cross-examine

9  Mr. Vollaro on them.

10      MR. BROWNELL:  Judge, as the government submitted in

11  its October submissions on this case, there is case law under

12  the Victim Act that it is not necessary for the victim

13  actually to appear in court.  Given the nature of this

14  particular case, given the nature of organized crime,

15  especially the Gambino Crime Family, especially during the

16  last four weeks of testimony involving one of its most

17  murderous members, I think the Court can understand how

18  Mr. Vollaro and certainly the government is not interested in

19  having him appear since he's been involved in Witness

20  Protection.

21      THE COURT:  I understand.

22      That's not the only way.  We can authenticate them

23  through the witness and other means and then you will rely on

24  the tapes the way they did in the present case that the Court

25  is trying.

1        I take it, that's the defendant's suggestion?

2        MR. SHARGEL:  Yes, sir.

3        MS KELLMAN:  Yes.

4        THE COURT:  I think the hearsay rules are loosened

5   up and the burden of proof is certainly, I think, probably

6   less.

7        MR. BROWNELL:  I believe it's by a preponderance.

8        THE COURT:  But I can't -- that's right.  But I

9   can't avoid completely proof and providing the ability to the

10  defendants to contest.  We are dealing with a lot of money

11  here.  Restitution, as I say, is partly punitive.

12       Do you want to consult with cocounsel and decide

13  what you want to do?

14       (Pause.)

15       MR. BROWNELL:  Your Honor, what I will

16  elicit -- what I would seek to elicit from the agent is not

17  the statements of Mr. Vollaro on the tapes but the statements

18  of the coconspirators.  I will get to the Court all of the

19  conversations involving this particular case.

20       THE COURT:  Are you making the Best Evidence rule?

21       MR. SHARGEL:  Yes.  The Best Evidence would be the

22  tapes.

23       THE COURT:  I think they are entitled to see the

24  tapes, to listen to them.  We had that in the pending case

25  that we are trying --

1    MR. BROWNELL:  Judge, we are --

2    THE COURT:  -- involving this witness and these

3    tapes.

4    MR. BROWNELL:  Judge, we are free to do that.

5    Obviously, if that's what is required.  We are talking about

6    weeks of testimony, given that we are talking essentially

7    about the whole investigation for three years.  That's fine.

8    I am not prepared to do that today.

9    THE COURT:  I understand.  I am not criticizing you.

10   We are dealing with an awful lot of money and a lot of tapes

11   and a lot of defendants.

12   MR. BROWNELL:  I --

13   THE COURT:  You can ask for a continuance.

14   MR. BROWNELL:  Judge, I am going to need a

15   continuance to do that, to put all of this together.  I am not

16   saying -- I am just indicating this is going to take

17   many -- this is going to take a couple of weeks to do.

18   Because there are -- obviously, there are -- we are not saying

19   we'd need all nine hundred.  There are -- most of the

20   conversations are by members of organized crime who are

21   involved in this particular hearing.

22   THE COURT:  One of the initial reactions of the

23   Court was not to give Vollaro any restitution because of, in

24   effect, the clean hands doctrine and his participation.  But

25   he has now stipulated that he is not to take any of the money.

1  It's all to go into the fund --

2          MR. BROWNELL:  That is correct.

3          THE COURT:  -- for victims.

4          Well, I understand the position.

5          There are two alternatives besides the Court sitting

6  for several weeks, or months, I would think, hearing all of

7  this testimony, the cross-examination and the subpoenaing of

8  the witness Vollaro by the defendants, is that correct?

9          MR. SHARGEL:  We have done that.

10          MS. KELLMAN:  We did that already.

11          THE COURT:  One alternative, since I have a very

12  heavy trial calendar, would be to refer it to the Magistrate

13  Judge to conduct these hearings at great length, to decide how

14  much should be given in restitution on each of these theories

15  and how much should be assigned individually or jointly or

16  severally.  That's one method of doing it.

17          The other method besides my doing it, which I would

18  look forward to with great pleasure in view of the quality of

19  the defense counsel here -- it would give me great pleasure

20  the work with for months in the future -- the other

21  alternative would be the alternative that we used in Newsday,

22  the Newsday case, where restitution for overcharging and

23  overbilling advertisers due to excessive counts of sales of

24  newspapers.  Do you remember that case?

25          MR. BROWNELL:  I do.  (Continued on next page.)

1      THE COURT:  We dispose it readily by settling.

2  That's the second opportunity.  I understand each of the

3  defendants now represented may have access to enormous assets;

4  therefore, we'll be able to retain for weeks or months at

5  least these distinguished counsel, to retain them.

6      It's always useful to settle, particularly since the

7  money is not going to the restitutee but to the fund.

8      We could appoint the magistrate judge to help settle

9  is or actually go ahead and try it.

10      MR. MAZUREK:  I think your initial impressions were

11  corrected.  I don't believe the fact that the government has

12  now made this representation that Mr. Vollaro in his gracious

13  spirit has decided to assign his restitution award to a fund;

14  a victims' fund changes that analysis.  He is still the

15  alleged victim in the restitution hearing under the M B R A.

16  Whatever he decides to do with the money once the award is

17  given to him --

18      THE COURT:  The award won't be made to him.  The

19  award will be directly to the fund.  I would expect a

20  stipulation.

21      MR. BROWNELL:  That's correct.

22      THE COURT:  The award would be made to the fund by

23  assignment.

24      MR. MAZUREK:  Under 3664, the victim, that is the

25  person who the restitution is ordered to has to make that

1  designation.

2      THE COURT:  That's right, and we'll get it.

3      MR. MAZUREK:  In the first instance, the court

4  would have to make a determination Mr. Vallaro is a victim

5  under the statute.

6      THE COURT:  You may be right, but my tentative

7  ruling is that he can assign it under these circumstances.

8      MR. MAZUREK:  Only if he is a victim, found to be a

9  victim under the statute in the first place.  I would argue,

10 based on all the papers that have been submitted on this issue

11 with respect to the Reifler and Ojeikere case --

12     THE COURT:  I understand your position.  I rejected

13 it at the outset.  I'm not inclined to accept that position.

14     However, in any settlement negotiation, that would

15 be a factor to be taken into account in reducing possible

16 amounts and deciding on allocations.  I would think in

17 negotiations it should be given substantial consideration.

18     MR. MAZUREK:  As your Honor is aware, at the time

19 of a lot of the defendants' sentencing in this case, your

20 Honor ordered substantial fines on many of the defendants

21 which also went to the United States Government, to the

22 victims fund --

23     THE COURT:  No.  Fines, as you know, go into the

24 general treasury.  We have a great deficit at this point.  The

25 courts are doing their best to reduce the deficit.  That's an

1  entirely different fund.

2  MR. SHARGEL:  Everyone here, government counsel,

3  defense counsel went to great lengths to settle this case,

4  avoid a trial, at least as to virtually all the defendants.

5  I know you're on trial now.

6  In light of the fact the government said it's not

7  ready to go forward this afternoon, that another two weeks

8  might be appropriate to have more discussions with the

9  government, see if we can resolve the matter.  I don't know if

10  I'm speaking for anyone else.

11  MS. MACEDONIO:  You are.

12  THE COURT:  It's always best to settle these things

13  because the government itself is so burdened, has so many

14  fascinating cases involving frauds now in the Eastern

15  District, involving hundreds of billions of dollars that they

16  want to devote their attention to.

17  MR. BROWNELL:  Agent Mellone and myself were so

18  looking forward to doing this this afternoon.

19  THE COURT:  I know you were.  I appreciate that.

20  I would hate to see a settlement deny you that pleasure and

21  deny me that pleasure.

22  I take it all defendants are now, with the consent

23  of the government, asking for a two-week adjournment so they

24  can explore other alternatives?

25  MS. KEDIA:  Some of us have indicated we're going

1  to submit letters to the court with respect to the issue

2  whether restitution was raised at the time of sentencing.

3  I still intend to do so within a week.

4       THE COURT:  If there's no objection, I'll explore

5  with Judge Levy when he will be available, should there be a

6  reference to try what I estimate would be a six-week trial on

7  the restitution issue.

8       MR. BENFANTE:  In the two-week hiatus, if a

9  settlement is reached, I'm sure we can contact Ms. Lowe and

10  obviate the necessity of further proceedings?

11       THE COURT:  You can submit a stipulation.  I'll be

12  happy to consider it.

13       MR. BENFANTE:   Thank you.

14       THE COURT:  Therefore, on motion of all parties

15  concerned, a continuance is taken until March 12th at 10:00

16  a.m.

17       MR. FRANZ:  I will be out of town from the 11th

18  through the 17th.  I don't know if we can do another week or

19  ask somebody to stand up for me?

20       THE COURT:  If you want another date, it's probably

21  best if somebody stood up for you.  It's hard to get

22  everybody, in such a large group, together.  I'll explore with

23  the magistrate judge when he will be available to start this

24  six-week hearing.

25       MR. BROWNELL:  Might I suggest since we're all

1   here, when we're done, it might be good for people to stay, at
2   least to see where we're starting off from.
3          THE COURT:   The courtroom is available for you
4   until 4:00 o'clock when my trial convenes again.  Thank you
5   very much.  It's always a great pleasure.
6          (Whereupon this matter concluded for this date.)
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

## $

**$10** [2] - 13:11, 13:14
**$103,853** [2] - 26:10, 26:12
**$119,000** [1] - 28:24
**$119,700** [1] - 28:24
**$128,000** [2] - 25:18, 25:19
**$128,800** [1] - 25:20
**$219,809** [2] - 26:6, 26:8
**$25** [1] - 20:2
**$36,000** [1] - 27:21
**$4,000** [2] - 28:11, 30:5
**$4,500** [1] - 28:15
**$54,496** [1] - 26:25
**$6,000** [1] - 27:15
**$8,000** [2] - 27:11, 28:3
**$850,000** [1] - 10:20
**$9,000** [1] - 28:16

## 0

**08-076** [1] - 1:4

## 1

**1** [2] - 3:25, 6:10
**10** [1] - 4:14
**10:00** [1] - 50:15
**11** [1] - 4:15
**11th** [1] - 50:17
**12** [1] - 4:16
**12th** [1] - 50:15
**13** [1] - 4:17
**14** [1] - 4:18
**15** [1] - 4:20
**16** [1] - 4:22
**16th** [1] - 4:1
**17** [1] - 4:24
**17th** [1] - 50:18
**18** [2] - 4:25, 11:17
**19** [1] - 5:1

## 2

**2** [1] - 4:2
**20** [2] - 4:11, 5:2
**2005** [7] - 34:9, 35:5, 36:14, 37:9, 37:16, 39:2, 39:21
**2008** [15] - 5:12, 5:22, 5:24, 6:4, 6:5, 6:10, 10:10, 10:12, 11:5, 17:5, 17:8, 35:6, 36:15, 39:22, 42:24
**2009** [3] - 1:9, 4:24, 4:25
**20th** [2] - 4:5, 10:23
**21** [1] - 5:3
**21st** [1] - 5:20
**225** [1] - 3:7
**225;s** [1] - 21:8
**22nd** [1] - 4:10

## 23rd

**23rd** [1] - 4:7
**24th** [4] - 4:8, 4:13, 4:14, 4:15
**25** [1] - 4:25
**25th** [9] - 4:16, 4:17, 4:19, 4:21, 4:23, 4:24, 5:2, 5:3, 6:22
**26** [2] - 1:9, 4:2
**26.2** [1] - 21:20
**26th** [1] - 5:1
**271** [1] - 1:17
**282** [13] - 3:3, 5:22, 10:14, 10:21, 11:1, 11:5, 11:9, 11:25, 14:5, 19:6, 19:8, 19:9, 20:20, 33:25
**2:00** [1] - 1:9
**2nd** [6] - 5:12, 5:13, 5:16, 5:17, 6:4, 10:12

## 3

**3** [2] - 4:3, 22:24
**30** [1] - 5:22
**31st** [1] - 5:19
**325** [7] - 4:24, 6:22, 7:3, 7:9, 8:24, 9:6, 9:7
**3500** [1] - 21:20
**3664** [1] - 47:24
**3664(d)(5)** [1] - 11:17
**3rd** [4] - 5:19, 5:20, 5:24, 6:10

## 4

**4** [6] - 4:5, 10:19, 11:4, 20:22, 23:1, 23:18
**4's** [1] - 10:16
**4:00** [1] - 51:4
**4th** [1] - 6:5

## 5

**5** [2] - 4:6, 12:3
**5th** [2] - 5:7, 5:13

## 6

**6** [1] - 4:8
**613-2481** [1] - 3:8
**6th** [1] - 4:4

## 7

**7** [1] - 4:9
**718** [1] - 3:8

## 8

**8** [1] - 4:11
**801(d)(2)(E)** [1] - 42:4
**8th** [3] - 17:2, 17:5, 17:8

## 9

**9** [1] - 4:12
**90** [7] - 11:13, 12:9, 14:14, 14:16, 14:18, 30:1, 30:2
**90-day** [6] - 11:13, 11:22, 11:23, 14:8, 14:21, 30:15

## A

**a.m** [1] - 50:16
**ability** [1] - 44:9
**able** [5] - 10:24, 35:24, 36:1, 36:3, 47:4
**accept** [2] - 18:19, 48:13
**access** [1] - 47:3
**account** [2] - 13:5, 48:15
**Act** [2] - 13:9, 43:12
**acting** [1] - 38:22
**activities** [2] - 34:21, 36:4
**actual** [1] - 8:13
**additional** [1] - 31:4
**Additionally** [1] - 10:12
**address** [1] - 7:10
**addressed** [2] - 11:13, 17:6
**addressing** [2] - 16:13, 18:3
**adept** [1] - 13:14
**adjournment** [1] - 49:23
**admissibility** [1] - 41:10
**admissible** [1] - 38:12
**admission** [2] - 9:11, 40:14
**admitted** [1] - 13:10
**advantage** [1] - 16:6
**advertisers** [1] - 46:23
**advised** [1] - 15:24
**affects** [1] - 7:7
**afternoon** [5] - 3:14, 31:2, 32:18, 49:7, 49:18
**afterwards** [1] - 34:14
**Agate** [3] - 4:15, 7:7, 9:1
**AGATE** [1] - 1:8
**Agent** [3] - 21:11, 39:19, 49:17
**agent** [9] - 21:14, 21:19, 33:10, 38:23, 39:2, 39:3, 40:22, 42:1, 44:16
**agents** [2] - 34:6, 36:22
**AGNIFILO** [3] - 1:21, 6:11, 6:16
**Agnifilo** [1] - 6:11
**ago** [1] - 33:17
**agree** [3] - 30:2, 34:14, 41:17
**agreement** [2] - 33:25, 34:2
**ahead** [1] - 47:9
**aided** [1] - 3:10
**al** [1] - 1:8
**allegations** [1] - 33:23
**alleged** [3] - 15:5, 34:3, 47:15
**allocations** [1] - 48:16
**allowed** [2] - 14:14, 38:18
**alternative** [3] - 46:11, 46:21
**alternatives** [2] - 46:5, 49:24
**AMERICA** [1] - 1:4

**amount** [8] - 10:24, 22:11, 25:4, 25:16, 26:21, 27:10, 28:16, 29:5
**amounts** [2] - 36:21, 48:16
**analysis** [1] - 47:14
**Andrews** [1] - 37:10
**Angelo** [5] - 5:2, 7:17, 9:14, 9:18, 18:16
**answer** [2] - 14:22, 29:3
**answers** [1] - 40:8
**Anthony** [3] - 9:12, 9:19, 26:2
**anyway** [1] - 11:17
**apologies** [1] - 9:22
**apologize** [2] - 8:5, 9:20
**appear** [4] - 15:23, 16:1, 43:13, 43:19
**appearance** [2] - 4:3, 4:18
**APPEARANCES** [1] - 1:14
**applicable** [2] - 17:9, 17:21
**application** [3] - 6:25, 29:17, 38:9
**applications** [1] - 32:12
**applied** [1] - 14:21
**applies** [2] - 8:23, 38:14
**apply** [3] - 8:4, 8:14, 8:19
**appoint** [1] - 47:8
**appreciate** [1] - 49:19
**appropriate** [1] - 49:8
**area** [1] - 11:17
**argue** [1] - 48:9
**arranged** [1] - 35:14
**arrest** [6] - 34:14, 34:25, 35:2, 37:8, 37:16, 37:24
**arrested** [2] - 34:7, 34:11
**Arthur** [5] - 4:14, 7:21, 17:8, 18:20, 27:20
**ascertainable** [2] - 12:5, 12:12
**asleep** [1] - 29:20
**assemblage** [1] - 39:10
**assembled** [1] - 15:13
**assert** [1] - 15:6
**assets** [1] - 47:3
**assign** [2] - 47:13, 48:7
**assigned** [1] - 46:15
**assignment** [1] - 47:23
**assist** [1] - 42:13
**Assistant** [2] - 1:17, 31:25
**associates** [1] - 34:20
**assume** [2] - 14:2, 18:24
**assumes** [1] - 29:4
**attached** [1] - 8:18
**attendance** [1] - 40:18
**attention** [6] - 3:24, 12:18, 12:20, 14:1, 16:2, 49:16
**attorney** [2] - 12:6, 15:11
**Attorney** [23] - 1:16, 1:17, 1:20, 1:22, 1:23, 1:25, 2:1, 2:3, 2:5, 2:8, 2:10, 2:12, 2:14, 2:16, 2:17, 2:19, 2:21, 2:23, 2:24, 3:1, 3:3, 3:4, 3:6
**August** [7] - 6:10, 10:9, 11:25, 15:17, 17:2, 17:5, 17:8
**Augustus** [1] - 27:9
**authenticate** [1] - 43:22
**authority** [1] - 12:21

**available** [7] - 21:12, 42:23, 43:1, 50:5, 50:23, 51:3
**avoid** [2] - 44:9, 49:4
**award** [5] - 47:13, 47:16, 47:18, 47:19, 47:22
**aware** [2] - 16:4, 48:18
**awful** [1] - 45:10

**B**

**bar** [1] - 13:10
**bargaining** [2] - 33:25, 34:1
**base** [1] - 40:8
**Based** [2] - 42:11
**based** [3] - 9:6, 40:23, 48:10
**basing** [1] - 40:15
**bear** [1] - 3:22
**became** [2] - 13:14, 33:18
**BEFORE** [1] - 1:12
**behalf** [19] - 5:7, 5:21, 5:23, 5:25, 6:4, 6:9, 11:4, 13:15, 14:4, 16:25, 17:3, 17:14, 21:5, 29:17, 29:18, 29:19, 32:5, 38:9
**Benfante** [1] - 29:19
**BENFANTE** [8] - 2:3, 29:18, 30:2, 30:14, 30:20, 30:22, 50:8, 50:13
**BENTON** [1] - 1:15
**best** [3] - 48:25, 49:12, 50:21
**Best** [2] - 44:20, 44:21
**better** [2] - 14:19, 19:18
**Bettina** [1] - 32:10
**BETTINA** [1] - 2:11
**between** [1] - 39:1
**beyond** [3] - 14:15, 14:17, 40:16
**billions** [1] - 49:15
**bookkeeper** [1] - 10:17
**Brancato** [2] - 28:5, 28:7
**Brancoto** [2] - 23:2, 24:3
**break** [3] - 29:10, 29:11, 29:13
**brief** [4] - 6:12, 16:8, 17:11, 20:18
**briefly** [2] - 33:22, 34:17
**briefs** [1] - 16:7
**bring** [3] - 3:23, 12:19, 16:2
**broad** [2] - 42:1, 43:5
**broader** [1] - 41:20
**Brooklyn** [3] - 1:7, 1:18, 3:8
**Brotherhood** [4] - 19:10, 19:12, 20:21, 34:1
**brought** [2] - 12:18, 13:25
**BROWNELL** [109] - 1:16, 6:24, 7:1, 7:5, 8:3, 8:19, 9:1, 9:4, 9:12, 9:15, 9:25, 10:22, 11:16, 11:20, 12:13, 12:22, 16:21, 20:3, 20:24, 21:3, 21:6, 21:11, 21:15, 22:8, 22:10, 22:12, 22:14, 22:17, 22:19, 22:21, 22:23, 22:25, 23:2, 23:4, 23:7, 23:10, 23:12, 23:16, 23:19, 23:21, 23:24, 24:1, 24:3, 24:6, 24:8, 25:2, 25:6, 25:10, 25:12, 25:14, 25:17, 25:20, 25:23, 26:2, 26:5, 26:8, 26:10, 26:12, 26:17, 26:23, 26:25, 27:2, 27:4, 27:6,

27:8, 27:11, 27:13, 27:17, 27:20, 27:23, 28:2, 28:5, 28:7, 28:10, 28:13, 28:20, 28:23, 30:1, 30:9, 30:15, 30:19, 31:1, 33:2, 33:9, 38:11, 38:16, 38:25, 39:8, 39:13, 39:16, 39:18, 40:21, 41:7, 42:9, 42:17, 42:22, 43:1, 43:10, 44:7, 44:15, 45:1, 45:4, 45:12, 45:14, 46:2, 46:25, 47:21, 49:17, 50:25
**Brownell** [1] - 16:17
**burden** [2] - 29:7, 44:5
**burdened** [1] - 49:13
**bureaucratic** [1] - 13:23
**burns** [1] - 13:22
**Burton** [1] - 3:7
**BY** [3] - 1:16, 33:9, 39:18

**C**

**Cacciopoli** [7] - 26:17, 27:2, 27:4, 37:21, 37:22, 38:4, 40:4
**Cadman** [2] - 1:17, 3:7
**calendar** [1] - 46:12
**Cali** [3] - 2:16, 5:23, 27:23
**Cali's** [1] - 4:11
**Calvo** [1] - 28:21
**CAMPBELL** [1] - 1:15
**capacity** [1] - 32:6
**captain** [1] - 37:23
**case** [24] - 11:24, 13:11, 13:13, 14:10, 14:17, 15:5, 15:7, 16:3, 17:25, 29:22, 30:4, 36:17, 43:11, 43:14, 43:24, 44:19, 44:24, 46:22, 46:24, 48:11, 48:19, 49:3
**cases** [12] - 9:8, 14:5, 14:11, 14:12, 14:19, 14:20, 14:23, 17:12, 22:6, 29:2, 49:14
**cash** [2] - 37:2, 37:5
**Cash** [1] - 37:6
**Cassarino** [10] - 2:6, 6:4, 7:25, 8:10, 16:16, 16:20, 18:22, 18:23, 26:17, 27:23
**Cassarino's** [1] - 16:18
**categories** [2] - 22:6, 22:9
**category** [13] - 16:13, 18:1, 18:5, 18:9, 18:15, 18:18, 19:2, 19:3, 20:16, 20:22, 27:17, 29:22, 30:10
**Cefalu** [2] - 27:4, 27:6
**Cement** [2] - 22:19, 22:21, 22:22, 22:23, 22:24, 23:5, 23:11, 23:20, 23:22, 23:23, 26:15, 27:1
**cement** [2] - 27:12, 35:3
**certain** [2] - 7:7, 13:13
**certainly** [5] - 11:16, 15:24, 42:10, 43:18, 44:5
**Certainly** [1] - 16:4
**challenge** [1] - 14:7
**changes** [1] - 47:14
**chart** [1] - 21:7
**check** [6] - 18:9, 20:15, 20:17, 37:3, 37:5, 37:6
**checklist** [1] - 13:5

**Chirico** [3] - 28:7, 29:18, 30:9
**Circuit** [1] - 13:6
**circuit** [2] - 13:7, 14:5
**circumstances** [1] - 48:7
**Civil** [1] - 13:9
**civil** [1] - 13:11
**claim** [8] - 9:6, 14:7, 15:6, 21:8, 30:6, 30:7, 30:8, 31:22
**claims** [2] - 15:14, 29:5
**clause** [1] - 38:13
**clean** [2] - 5:10, 45:24
**clear** [1] - 15:21
**CLERK** [2] - 31:9, 31:14
**client** [5] - 10:9, 13:14, 29:23, 32:15, 32:19
**client's** [1] - 9:18
**cocaine** [1] - 34:13
**coconspirators** [2] - 41:15, 44:18
**cocounsel** [2] - 32:12, 44:12
**collected** [3] - 10:25, 13:14, 35:12
**collective** [2] - 33:24, 34:1
**committed** [1] - 11:8
**common** [1] - 16:3
**community** [1] - 16:4
**companies** [4] - 35:1, 35:2, 37:9, 37:12, 37:17, 38:4
**Company** [4] - 22:19, 22:21, 22:22, 23:22
**company** [10] - 33:24, 34:4, 35:3, 37:7, 37:10, 37:11, 37:25, 38:3, 40:5
**compensating** [1] - 10:21
**compensation** [1] - 39:7
**complete** [1] - 14:3
**completely** [1] - 44:9
**computer** [1] - 3:10
**computer-aided** [1] - 3:10
**concerned** [1] - 50:15
**concession** [1] - 42:12
**concluded** [1] - 51:6
**conduct** [2] - 13:16, 46:13
**conducts** [1] - 14:2
**confirm** [2] - 35:25, 36:4
**conflict** [1] - 6:7
**confrontation** [1] - 38:13
**connection** [1] - 13:9
**consensually** [1] - 40:23
**consent** [4] - 7:2, 8:12, 9:6, 49:22
**consider** [1] - 50:12
**consideration** [1] - 48:17
**conspiracy** [6] - 10:15, 41:10, 41:12, 41:16, 42:3, 42:5
**constitutes** [1] - 29:4
**constitutional** [1] - 41:6
**consult** [1] - 44:12
**contact** [1] - 50:9
**contest** [1] - 44:10
**context** [2] - 41:3, 41:14
**continuance** [3] - 45:13, 45:15, 50:15
**Continued** [1] - 24:9, 30:24, 46:25
**CONTINUES** [1] - 39:17

**control** [3] - 37:17, 37:20, 38:4
**convenes** [1] - 51:4
**conversation** [2] - 38:7, 41:3
**conversations** [12] - 34:19, 35:13, 36:7, 39:1, 39:4, 39:20, 39:25, 40:2, 40:9, 40:24, 44:19, 45:20
**cooperate** [1] - 34:15
**cooperating** [3] - 36:1, 41:9, 42:5
**cooperation** [4] - 34:18, 35:4, 36:13, 39:21
**cooperator** [1] - 40:16
**copy** [3] - 5:9, 5:10, 23:17
**Corozzo** [15] - 2:5, 3:4, 4:16, 6:5, 18:8, 18:11, 18:21, 25:7, 25:23, 26:18, 27:8, 27:13, 27:18, 27:24, 28:8
**correct** [12] - 7:5, 21:3, 21:6, 22:8, 22:12, 25:2, 25:17, 33:2, 41:4, 46:2, 46:8, 47:21
**Correct** [2] - 19:13, 23:19, 23:21, 24:6, 41:24, 42:7, 42:15, 42:16
**corrected** [1] - 15:2, 47:11
**corruption** [1] - 33:15
**counsel** [8] - 42:12, 42:21, 42:23, 43:2, 46:19, 47:5, 49:2, 49:3
**count** [2] - 9:3, 17:10
**counts** [2] - 41:1, 46:23
**couple** [2] - 33:17, 45:17
**course** [11] - 6:19, 11:2, 15:12, 33:13, 35:4, 36:5, 36:13, 39:21, 40:2, 40:24, 41:12
**court** [4] - 5:5, 9:10, 14:2, 43:13
**COURT** [1] - 1:1
**Court** [2] - 3:7, 39:5
**court's** [2] - 3:25, 4:25, 16:2
**Courthouse** [1] - 1:7
**courtroom** [2] - 22:2, 51:3
**courts** [1] - 48:25
**covers** [1] - 20:20
**CR** [1] - 1:4
**Crawford** [1] - 38:7
**credibility** [1] - 32:13
**credit** [1] - 15:7
**Crime** [2] - 37:23, 43:15
**crime** [8] - 10:19, 11:7, 34:20, 36:15, 37:17, 43:14, 45:20
**crimes's** [1] - 33:16
**criminal** [2] - 34:21, 39:10
**critical** [1] - 20:10
**critically** [1] - 15:11
**criticizing** [1] - 45:9
**cross** [4] - 40:17, 40:20, 43:8, 46:7
**cross-examination** [2] - 40:17, 46:7
**cross-examine** [2] - 40:20, 43:8

**D**

**D'Amico** [3] - 2:10, 4:9, 27:9
**DANIEL** [1] - 1:16
**date** [5] - 6:17, 12:6, 12:8, 50:20, 51:6
**dated** [6] - 3:25, 4:2, 5:12, 5:22, 5:24,

6:15
**Dauria** [3] - 11:8, 19:21, 20:3
**days** [8] - 11:13, 12:6, 12:9, 14:14, 14:16, 14:18, 30:1, 30:2
**deal** [1] - 21:2
**dealing** [2] - 44:10, 45:10
**decide** [3] - 16:24, 44:12, 46:13
**decided** [1] - 47:13
**decides** [1] - 47:16
**deciding** [1] - 48:16
**deepest** [1] - 9:22
**defendant** [18] - 4:3, 4:6, 4:9, 4:22, 7:6, 7:7, 7:14, 8:9, 9:11, 14:2, 14:6, 17:7, 19:20, 19:21, 19:22, 20:2, 20:11
**defendant's** [1] - 44:1
**Defendants** [2] - 1:9, 1:19
**defendants** [21] - 8:3, 8:4, 8:12, 8:14, 8:25, 10:14, 16:13, 19:15, 25:4, 25:6, 26:6, 27:13, 28:20, 30:10, 44:10, 45:11, 46:8, 47:3, 48:20, 49:4, 49:22
**defendants'** [1] - 48:19
**defense** [2] - 46:19, 49:3
**deficit** [2] - 48:24, 48:25
**demand** [1] - 7:13
**DeMarco** [2] - 3:1, 7:23, 31:20
**DeMaria** [9] - 25:7, 25:23, 26:18, 27:9, 27:14, 27:18, 27:24, 28:10, 38:10
**denied** [4] - 7:4, 7:9, 9:6, 10:2
**deny** [3] - 17:24, 49:20, 49:21
**Department** [1] - 33:11
**Department's** [1] - 6:20
**designation** [1] - 48:1
**detail** [1] - 36:25
**detailed** [2] - 15:14, 36:23
**determination** [3] - 9:19, 29:25, 48:4
**developed** [3] - 13:5, 13:23
**device** [1] - 34:22
**devote** [1] - 49:16
**DIAMUID** [1] - 3:4
**DiBENEDETTO** [1] - 2:22
**different** [4] - 16:17, 35:25, 38:17, 49:1
**DiMaria** [5] - 2:8, 5:7, 7:8, 9:2, 9:5
**DIRECT** [1] - 33:8
**directly** [1] - 47:19
**discovers** [1] - 12:17
**discussed** [1] - 29:23
**discussing** [1] - 40:4
**discussions** [2] - 40:3, 49:8
**disks** [1] - 42:18
**dismissed** [1] - 31:22
**dispose** [1] - 47:1
**distinguished** [1] - 47:5
**district** [1] - 13:7
**District** [1] - 49:15
**DISTRICT** [2] - 1:1, 1:1
**doctrine** [1] - 45:24
**documentation** [1] - 6:21
**documents** [1] - 6:1
**Doe** [2] - 10:16, 10:19
**dollars** [2] - 20:1, 49:15

**Domenico** [2] - 27:4, 27:5
**done** [3] - 18:4, 46:9, 51:1
**Doria** [2] - 10:15, 10:17
**double** [1] - 31:4
**doubled** [1] - 20:4
**doubles** [1] - 20:5
**downloaded** [1] - 36:11
**downstairs** [1] - 22:3
**Dragonetti** [13] - 2:21, 4:22, 6:10, 17:1, 17:4, 18:20, 25:10, 25:24, 26:19, 27:14, 27:20, 28:2, 28:10
**due** [3] - 15:3, 38:22, 46:23
**Dump** [1] - 37:11
**During** [4] - 33:13, 35:4, 36:13, 40:2
**during** [7] - 35:7, 36:5, 36:7, 39:20, 40:24, 41:12, 43:15

## E

**East** [2] - 1:17, 3:7
**Eastern** [1] - 49:14
**EASTERN** [1] - 1:1
**ECF** [1] - 21:6
**effect** [4] - 9:9, 38:23, 39:6, 45:24
**Eight** [1] - 25:20
**eight** [1] - 31:3
**either** [1] - 39:3
**eleven** [2] - 31:2, 31:3
**elicit** [2] - 44:16
**ELIZABETH** [1] - 2:9
**Ellen** [1] - 5:25
**ELLEN** [1] - 1:25
**employees** [2] - 34:3, 34:5
**end** [1] - 35:5
**enforcement** [4] - 34:22, 35:12, 35:19, 35:24
**enormous** [1] - 47:3
**ensure** [1] - 35:20
**entirely** [1] - 49:1
**entitled** [3] - 14:2, 14:7, 44:23
**Epifania** [4] - 1:20, 5:3, 25:14, 26:19
**ERIC** [1] - 2:24
**Ernest** [2] - 5:15, 26:19
**especially** [4] - 38:19, 40:3, 43:15
**ESQ** [21] - 1:19, 1:21, 1:23, 1:25, 2:1, 2:3, 2:5, 2:7, 2:9, 2:11, 2:13, 2:15, 2:17, 2:19, 2:20, 2:22, 2:24, 3:1, 3:2, 3:4, 3:5
**essentially** [2] - 41:22, 45:6
**establish** [1] - 14:14
**estimate** [1] - 50:6
**et** [1] - 1:8
**evidence** [2] - 32:1, 42:9
**Evidence** [2] - 44:20, 44:21
**evidentiary** [1] - 38:16
**exact** [1] - 17:16
**Exactly** [2] - 30:14, 30:19
**exaggerate** [1] - 38:22
**examination** [4] - 13:16, 31:21, 40:17, 46:7
**EXAMINATION** [2] - 33:8, 39:17

**examine** [2] - 40:20, 43:8
**Excavation** [6] - 22:25, 23:1, 23:4, 23:24, 23:25, 27:17
**exceed** [2] - 11:21, 12:9
**except** [1] - 38:25
**exception** [1] - 14:21
**excessive** [1] - 46:23
**Excuse** [3] - 9:17, 10:6, 15:3
**excused** [8] - 14:8, 31:22, 32:3, 32:6, 32:8, 32:10, 33:1, 33:3
**exempt** [1] - 18:17
**exemption** [1] - 18:25
**exercise** [1] - 40:19
**exhibits** [3] - 31:1, 31:3, 31:4
**expect** [2] - 20:18, 47:19
**expert** [1] - 11:16
**experts** [1] - 39:10
**explore** [3] - 49:24, 50:4, 50:22
**exposed** [1] - 32:20
**exposure** [1] - 9:3
**extant** [1] - 30:6
**extend** [1] - 14:15
**extensive** [3] - 13:4, 13:20, 14:1
**extent** [2] - 7:7, 9:2
**extortions** [1] - 36:16

## F

**facilitated** [1] - 10:18
**fact** [8] - 10:23, 13:17, 14:16, 17:20, 35:8, 35:20, 47:11, 49:6
**factor** [1] - 48:15
**failure** [2] - 10:16, 15:10
**fairly** [1] - 11:6
**fall** [2] - 16:13, 18:8
**familiar** [1] - 15:22
**Family** [3] - 37:23, 40:4, 43:15
**far** [1] - 32:17
**fascinating** [1] - 49:14
**fashion** [3] - 21:13, 35:23, 38:2
**February** [23] - 1:9, 4:4, 4:5, 4:7, 4:8, 4:10, 4:11, 4:13, 4:14, 4:15, 4:16, 4:17, 4:19, 4:21, 4:23, 4:24, 4:25, 5:1, 5:2, 5:3, 6:22, 10:23, 39:21
**fees** [1] - 13:14
**fell** [1] - 29:20
**few** [2] - 8:16, 29:11
**figures** [1] - 36:16, 37:18
**file** [1] - 5:10
**Filippelli** [7] - 1:25, 4:6, 6:1, 8:4, 9:12, 18:16, 32:5
**final** [1] - 12:8
**finality** [1] - 13:2
**fine** [1] - 45:7
**Fines** [1] - 48:23
**fines** [2] - 10:20, 48:20
**first** [7] - 8:24, 23:7, 26:5, 29:7, 29:22, 48:3, 48:9
**First** [2] - 23:9, 37:7
**five** [1] - 23:3

**follow** [1] - 19:1
**forget** [1] - 22:15
**forms** [1] - 37:4
**forward** [6] - 15:10, 19:17, 21:16, 46:18, 49:7, 49:18
**four** [1] - 43:16
**fourth** [1] - 20:22
**Frank** [4] - 4:11, 5:23, 27:23
**frankly** [1] - 15:21
**Frankly** [1] - 14:22
**FRANZ** [2] - 2:24, 50:17
**fraud** [3] - 10:15, 10:18, 12:2
**frauds** [1] - 49:14
**free** [3] - 39:15, 42:1, 45:4
**Friday** [1] - 21:21
**FROCCARO** [7] - 1:19, 7:17, 8:17, 9:14, 9:18, 9:21, 9:23
**Froccaro** [1] - 7:17
**front** [1] - 12:24
**full** [2] - 10:24, 31:15
**fully** [3] - 10:21, 29:4, 41:17
**fund** [9] - 19:8, 46:1, 47:7, 47:13, 47:14, 47:19, 47:22, 48:22, 49:1
**Fund** [1] - 15:22
**furtherance** [3] - 41:11, 41:16, 42:3
**future** [1] - 46:20

## G

**Gambino** [3] - 37:23, 40:4, 43:15
**general** [3] - 14:12, 33:13, 48:24
**General's** [1] - 33:11
**generally** [1] - 38:21
**Gerald** [1] - 5:11
**GERALD** [1] - 1:23
**GILBERT** [16] - 3:2, 5:21, 14:4, 14:22, 15:13, 16:9, 19:6, 19:8, 19:10, 19:13, 19:16, 19:19, 20:6, 20:12, 20:17, 20:19
**Gilbert** [2] - 5:21, 14:4
**GINSBERG** [3] - 2:1, 32:22, 33:4
**given** [9] - 11:7, 17:16, 34:22, 36:23, 43:14, 45:6, 46:14, 47:17, 48:17
**Given** [1] - 43:13
**Gotti** [14] - 2:19, 3:1, 4:17, 4:20, 7:23, 9:25, 17:15, 17:17, 18:7, 18:17, 18:20, 31:22, 32:1
**Gotti's** [2] - 4:18, 17:15
**Gotti.** [1] - 7:24
**Gottis** [1] - 8:5
**government** [38] - 4:5, 5:1, 7:2, 8:6, 9:7, 10:1, 10:10, 10:13, 10:22, 11:2, 11:20, 11:22, 12:7, 14:25, 15:7, 15:20, 16:11, 17:6, 17:22, 19:1, 21:19, 29:6, 29:16, 30:7, 31:20, 32:23, 33:6, 34:15, 34:18, 36:14, 43:10, 43:18, 47:11, 49:2, 49:6, 49:9, 49:14, 49:13, 49:23
**Government** [2] - 1:15, 48:21
**government's** [5] - 7:3, 8:1, 8:7, 8:23, 38:15
**gracious** [1] - 47:12

**grand** [1] - 22:3
**granted** [1] - 19:1
**great** [8] - 15:8, 39:10, 46:13, 46:18, 46:19, 48:24, 49:3, 51:5
**Grillo** [4] - 2:17, 5:15, 5:17, 26:19
**ground** [1] - 10:3
**group** [4] - 7:10, 7:16, 9:8, 50:22
**guess** [1] - 21:20
**guilty** [1] - 10:15

## H

**half** [1] - 34:13
**hand** [1] - 11:17
**handled** [1] - 15:8
**hands** [1] - 45:24
**happy** [2] - 14:23, 50:12
**Harbor** [3] - 22:15, 23:13, 23:18
**hard** [1] - 50:21
**HARLAN** [1] - 2:15
**Harlan** [1] - 5:23
**hate** [1] - 49:20
**head** [1] - 14:23
**heading** [1] - 26:3
**hear** [3] - 9:16, 19:17, 33:6
**heard** [1] - 22:3
**hearing** [10] - 4:1, 8:11, 30:13, 38:12, 38:17, 38:19, 45:21, 46:6, 47:15, 50:24
**HEARING** [1] - 1:11
**hearings** [1] - 46:13
**hearsay** [5] - 38:12, 38:18, 41:5, 41:7, 44:4
**heavy** [1] - 46:12
**help** [1] - 47:8
**HENRY** [1] - 2:20
**Henry** [2] - 6:9, 16:25
**hiatus** [1] - 50:8
**historical** [2] - 13:8, 13:17
**history** [2] - 37:25, 40:5
**holder** [1] - 6:21
**holding** [1] - 21:25
**honestly** [1] - 39:8
**Honor** [31] - 6:8, 8:18, 9:23, 9:25, 10:5, 10:22, 15:13, 16:9, 17:9, 17:15, 18:22, 19:6, 19:20, 20:3, 20:6, 25:17, 28:14, 29:19, 30:6, 31:20, 31:24, 32:9, 32:17, 32:21, 32:22, 38:6, 40:17, 40:18, 44:15, 48:18, 48:20
**HONORABLE** [1] - 1:12
**hours** [1] - 34:14
**huge** [2] - 13:23, 15:7
**hundred** [3] - 25:20, 39:23, 45:19
**hundreds** [2] - 39:20, 49:15

## I

**imagine** [1] - 42:12
**implies** [1] - 12:17
**impose** [1] - 12:21

**imposed** [2] - 11:11, 19:25
**impression** [1] - 8:15
**impressions** [1] - 47:10
**improper** [1] - 41:25
**incarcerated** [1] - 9:21
**inclined** [1] - 48:13
**included** [1] - 21:22
**income** [1] - 20:4
**incorrectly** [1] - 15:1
**indicate** [1] - 22:1
**indicated** [6] - 6:19, 8:6, 20:7, 32:24, 32:25, 49:25
**indicates** [1] - 11:20
**indicating** [4] - 3:20, 7:14, 18:5, 45:16
**indication** [4] - 7:12, 10:10, 11:12, 12:24
**individual** [1] - 33:19
**individually** [1] - 46:15
**individuals** [1] - 35:9
**inform** [2] - 12:7, 12:11
**informant** [1] - 41:1
**informant's** [1] - 41:2
**information** [1] - 37:24
**informed** [1] - 10:23
**initial** [3] - 21:8, 45:22, 47:10
**Inspector** [1] - 33:11
**instance** [2] - 8:9, 48:3
**instead** [2] - 13:19, 43:5
**instruct** [1] - 40:25
**intend** [1] - 50:3
**interested** [1] - 43:18
**International** [4] - 19:10, 19:12, 20:21, 33:25
**investigation** [7] - 33:18, 33:21, 34:7, 35:12, 36:6, 40:24, 45:7
**investigations** [1] - 33:14
**Investigations** [1] - 33:15
**invited** [1] - 41:19
**involve** [1] - 7:6
**involved** [10] - 15:19, 15:24, 33:14, 33:18, 34:6, 34:21, 34:25, 35:12, 43:19, 45:21
**involvement** [1] - 33:16
**involving** [7] - 33:18, 36:16, 43:16, 44:19, 45:2, 49:14, 49:15
**Island** [10] - 22:19, 22:21, 22:22, 23:5, 23:11, 23:20, 23:22, 26:15, 27:1, 33:24
**issue** [13] - 3:22, 7:15, 7:18, 7:20, 7:22, 11:12, 17:22, 18:3, 18:23, 21:18, 48:10, 50:1, 50:7
**issues** [1] - 21:13
**itself** [1] - 49:13

## J

**JACK** [1] - 1:12
**James** [1] - 7:17
**JAMES** [1] - 1:19
**January** [11] - 4:1, 4:2, 34:9, 35:5, 35:6, 36:14, 37:8, 37:16, 39:2, 39:22

**JD** [1] - 11:4
**Jeremy** [1] - 5:15
**JEREMY** [1] - 2:17
**Jerry** [1] - 28:7
**Joe** [4] - 35:14, 36:1, 36:4, 36:22
**John** [4] - 4:9, 10:16, 10:19, 27:9
**join** [2] - 32:11, 38:9
**joint** [1] - 20:7
**jointly** [2] - 25:16, 46:15
**Jonathan** [2] - 31:16, 31:19
**JOSEPH** [3] - 1:8, 2:3, 2:22
**Joseph** [22] - 4:15, 6:5, 7:19, 9:1, 10:4, 10:7, 11:4, 18:8, 18:11, 18:20, 18:21, 20:9, 25:12, 26:18, 27:8, 28:7, 29:18, 29:19, 33:19, 33:23, 37:15, 40:3
**Judge** [34] - 7:20, 8:3, 9:21, 11:16, 12:22, 18:6, 19:24, 21:3, 21:18, 22:8, 22:12, 23:8, 23:16, 25:2, 29:8, 30:3, 30:9, 30:20, 30:22, 31:6, 33:2, 38:11, 38:16, 38:25, 39:8, 40:21, 40:25, 42:17, 43:10, 45:1, 45:4, 45:14, 46:13, 50:5
**JUDGE** [1] - 1:12
**judge** [3] - 29:21, 47:8, 50:23
**judges** [1] - 13:7
**judgment** [3] - 14:3, 17:9, 32:14
**Junior** [1] - 9:13
**juries** [1] - 40:25
**jury** [1] - 22:4

## K

**KEDIA** [9] - 2:5, 6:3, 6:8, 7:25, 16:16, 18:8, 18:12, 18:22, 49:25
**Kedia** [3] - 6:3, 7:25, 16:16
**keep** [1] - 13:22
**Kellman** [2] - 5:13, 21:24
**KELLMAN** [9] - 2:7, 5:6, 5:9, 9:2, 22:1, 38:9, 43:8, 44:3, 46:10
**Kilgannon** [4] - 24:3, 28:13, 28:14
**Kilgannon-Polakoff** [2] - 28:13, 28:14
**kilogram** [1] - 34:13
**kind** [1] - 33:14
**King** [5] - 1:22, 4:2, 6:13, 28:21, 28:23
**knowledge** [1] - 16:3
**known** [2] - 20:22, 36:15
**knows** [2] - 13:3, 28:14

## L

**Labor** [1] - 33:11
**labor** [1] - 33:16
**large** [1] - 50:22
**Last** [1] - 24:8
**last** [5] - 6:2, 6:13, 26:9, 26:22, 43:16
**lastly** [1] - 28:17
**laundering** [1] - 17:10
**law** [7] - 34:22, 35:11, 35:19, 35:24, 38:21, 39:11, 43:11
**lawyer** [1] - 21:19

**lawyers** [2] - 13:10, 21:22
**learn** [1] - 41:23
**learned** [2] - 13:10, 42:12
**learns** [1] - 11:21
**least** [4] - 36:14, 47:5, 49:4, 51:2
**leave** [1] - 35:15, 35:17
**length** [1] - 46:13
**lengths** [1] - 49:3
**lengthy** [1] - 11:6
**Leonard** [12] - 5:7, 7:7, 9:2, 9:5, 25:7, 25:23, 26:18, 27:9, 27:14, 27:18, 27:24, 28:10
**less** [1] - 44:6
**Letter** [9] - 4:6, 4:8, 4:14, 4:15, 4:16, 4:17, 4:24, 5:2, 5:3
**letter** [14] - 4:20, 4:22, 5:6, 5:11, 5:22, 5:24, 6:3, 6:22, 7:1, 8:18, 17:24, 18:2, 18:10, 31:3
**letters** [3] - 5:19, 6:10, 50:1
**Levy** [1] - 50:5
**Liberty** [6] - 22:15, 22:16, 23:13, 23:14, 23:18, 25:22
**light** [1] - 49:6
**list** [1] - 22:14
**listed** [1] - 18:13
**listen** [4] - 36:6, 36:9, 39:24, 44:24
**listening** [5] - 40:9, 40:13, 40:14, 40:23, 41:23
**literally** [1] - 39:20
**Local** [22] - 3:3, 4:24, 5:21, 6:22, 7:3, 8:24, 9:6, 9:7, 10:14, 10:21, 11:1, 11:5, 11:8, 11:25, 14:4, 19:4, 19:6, 19:8, 19:9, 20:20, 21:8, 33:25
**location** [3] - 35:15, 35:16, 35:17
**look** [2] - 21:9, 46:18
**looking** [1] - 49:18
**loosened** [1] - 44:4
**loss** [3] - 11:7, 12:1, 15:5
**losses** [9] - 10:21, 11:21, 12:5, 12:9, 12:12, 12:17, 12:18, 12:19, 12:24
**Louis** [8] - 4:6, 4:8, 5:25, 9:1, 9:12, 18:16, 26:19, 32:5
**love** [1] - 43:8
**Lowe** [1] - 50:9

### M

**MACEDONIO** [3] - 2:9, 29:12, 49:11
**Magistrate** [1] - 46:12
**magistrate** [2] - 47:8, 50:23
**mail** [1] - 10:15
**main** [1] - 7:11
**March** [1] - 50:15
**Margaret** [1] - 5:18
**MARGARET** [1] - 2:13
**Mario** [8] - 6:4, 7:25, 8:9, 16:16, 18:22, 18:23, 26:17, 27:23
**Mark** [4] - 6:11, 7:23, 7:24, 17:14
**MARK** [3] - 1:21, 2:19, 3:1
**markets** [1] - 33:16

**Masters** [1] - 37:11
**material** [3] - 21:20, 21:21, 21:23
**materials** [1] - 15:14
**matter** [4] - 29:3, 36:17, 49:9, 51:6
**matters** [2] - 13:8, 22:4
**MAZUREK** [9] - 2:20, 6:9, 16:25, 17:4, 47:10, 47:24, 48:3, 48:8, 48:18
**Mazurek** [2] - 6:9, 16:25
**mean** [1] - 15:23
**means** [1] - 43:23
**measures** [1] - 35:19
**mechanical** [1] - 3:10
**meet** [5] - 29:7, 35:14, 35:16, 36:24, 37:1
**meeting** [2] - 6:2, 35:25
**Mellone** [6] - 21:11, 31:16, 31:19, 33:10, 39:19, 49:17
**member** [1] - 42:5
**members** [9] - 34:20, 35:11, 35:19, 36:19, 40:4, 41:10, 41:11, 43:17, 45:20
**memorandum** [3] - 3:25, 4:2, 10:13
**Memorandum** [2] - 4:5, 5:1
**mentioned** [8] - 6:12, 16:14, 16:18, 17:19, 17:20, 17:21, 18:14, 35:8
**met** [1] - 36:25
**method** [2] - 46:16, 46:17
**methods** [1] - 13:19
**MICHAEL** [1] - 3:2
**Michael** [6] - 4:2, 5:21, 6:13, 14:4, 28:21, 28:22
**microphone** [1] - 19:18
**might** [3] - 6:13, 49:8, 51:1
**Might** [1] - 50:25
**million** [1] - 20:1
**mind** [4] - 3:18, 13:8, 13:17, 39:3
**mine** [1] - 20:14
**minus** [1] - 21:8
**minute** [1] - 25:8
**minutes** [3] - 18:9, 29:9, 29:11
**misheard** [1] - 29:21
**Miss** [4] - 5:13, 11:8, 20:3, 21:24
**mistake** [1] - 13:12
**mistakes** [1] - 13:12
**mobs** [1] - 16:6
**moment** [4] - 25:25, 27:19, 27:25, 28:18
**money** [6] - 17:10, 44:10, 45:10, 45:25, 47:7, 47:16
**month** [1] - 20:2
**months** [4] - 43:2, 46:6, 46:20, 47:4
**morning** [2] - 21:7, 36:23
**Mosca** [4] - 4:8, 7:6, 9:1
**most** [5] - 13:6, 21:7, 30:10, 43:16, 45:19
**motion** [1] - 17:24, 50:14
**MR** [189] - 5:11, 5:15, 5:21, 5:23, 6:9, 6:11, 6:16, 6:24, 7:1, 7:5, 7:17, 7:19, 7:21, 7:23, 7:24, 8:3, 8:17, 8:19, 9:1, 9:4, 9:12, 9:14, 9:15, 9:18, 9:21, 9:23, 9:25, 10:4, 10:7, 10:9, 10:22, 11:16, 11:20, 12:13, 12:22, 14:4, 14:22, 15:13,

16:9, 16:21, 16:25, 17:4, 17:7, 17:13, 17:14, 17:18, 17:20, 18:2, 18:6, 18:13, 19:6, 19:8, 19:10, 19:13, 19:16, 19:19, 19:24, 20:3, 20:6, 20:12, 20:17, 20:19, 20:24, 21:3, 21:6, 21:11, 21:15, 21:18, 22:8, 22:10, 22:12, 22:14, 22:17, 22:19, 22:21, 22:23, 22:25, 23:2, 23:4, 23:7, 23:10, 23:12, 23:16, 23:19, 23:21, 23:24, 24:1, 24:3, 24:6, 24:8, 25:2, 25:6, 25:10, 25:12, 25:14, 25:17, 25:20, 25:23, 26:2, 26:5, 26:8, 26:10, 26:12, 26:14, 26:17, 26:23, 26:25, 27:2, 27:4, 27:6, 27:8, 27:11, 27:13, 27:17, 27:20, 27:23, 28:2, 28:5, 28:7, 28:10, 28:13, 28:20, 28:23, 29:8, 29:18, 30:1, 30:2, 30:9, 30:14, 30:15, 30:19, 30:20, 30:22, 31:1, 31:20, 31:24, 32:4, 32:22, 33:2, 33:4, 33:9, 38:6, 38:11, 38:13, 38:16, 38:25, 39:8, 39:12, 39:13, 39:16, 39:18, 40:12, 40:21, 40:25, 41:5, 41:7, 41:17, 41:22, 41:25, 42:9, 42:16, 42:17, 42:22, 43:1, 43:3, 43:10, 44:2, 44:7, 44:15, 44:21, 45:1, 45:4, 45:12, 45:14, 46:2, 46:9, 46:25, 47:10, 47:21, 47:24, 48:3, 48:8, 48:18, 49:2, 49:17, 50:8, 50:13, 50:17, 50:25
**MS** [24] - 5:6, 5:9, 5:18, 5:25, 6:3, 6:8, 7:25, 9:2, 16:16, 18:8, 18:12, 18:22, 22:1, 29:12, 32:5, 32:9, 32:16, 32:21, 38:9, 43:8, 44:3, 46:10, 49:11, 49:25
**murderous** [1] - 43:17

### N

**name** [7] - 3:18, 9:18, 26:22, 31:15, 31:18, 37:9, 37:14
**named** [1] - 33:19
**names** [1] - 37:9
**Nascar** [4] - 24:1, 24:2, 27:22, 27:23
**nature** [5] - 33:21, 34:17, 38:8, 43:13, 43:14
**naval** [1] - 13:23
**Navy** [2] - 13:18
**navy** [1] - 13:19
**necessary** [1] - 43:12
**necessity** [1] - 50:10
**need** [2] - 45:14, 45:19
**negotiation** [1] - 48:14
**negotiations** [1] - 48:17
**nerve** [1] - 29:14
**NEW** [1] - 1:1
**New** [3] - 1:7, 1:18, 3:8
**Newsday** [2] - 46:21, 46:22
**newspapers** [1] - 46:24
**next** [5] - 23:24, 24:9, 27:17, 30:24, 46:25
**nice** [1] - 3:15
**Nicholas** [10] - 4:16, 25:7, 25:23, 26:18, 27:8, 27:13, 27:18, 27:24, 28:8, 28:21
**nine** [1] - 31:3, 39:23, 45:19

**nonunion** [2] - 34:5, 37:11
**nothing** [1] - 31:11
**notices** [1] - 15:23
**notification** [1] - 15:20
**November** [2] - 5:19, 5:20
**nowhere** [1] - 17:5
**number** [3] - 13:13, 21:5, 42:18

## O

**o'clock** [1] - 51:4
**object** [2] - 26:14, 38:6
**objection** [3] - 32:7, 42:11, 50:4
**obligation** [5] - 15:2, 15:4, 15:5, 20:7, 31:10
**obtained** [1] - 14:17
**obviate** [1] - 50:10
**Obviously** [1] - 45:5
**obviously** [1] - 45:18
**occasion** [1] - 36:5
**occurred** [1] - 8:13
**October** [21] - 5:7, 5:12, 5:13, 5:16, 5:17, 5:19, 5:20, 5:22, 5:24, 6:4, 6:5, 6:10, 6:13, 6:17, 6:18, 10:12, 11:5, 12:1, 15:16, 43:11
**OF** [3] - 1:1, 1:4, 1:11
**Office** [1] - 33:11
**officer** [1] - 12:7
**Ojeikere** [1] - 48:11
**old** [1] - 13:9
**once** [2] - 35:14, 47:16
**one** [17] - 6:12, 6:14, 8:4, 8:5, 13:24, 16:7, 16:10, 18:19, 19:3, 20:1, 21:1, 21:18, 22:11, 23:5, 40:15, 43:16, 46:16
**One** [2] - 45:22, 46:11
**operating** [1] - 33:23
**opinion** [1] - 18:1
**opponents** [1] - 40:15
**opportunity** [2] - 39:24, 47:2
**ORDEN** [2] - 2:17, 5:15
**Orden** [1] - 5:15
**order** [4] - 3:25, 4:25, 8:12, 30:11
**ordered** [5] - 11:12, 19:20, 19:23, 47:25, 48:20
**organized** [7] - 33:15, 34:19, 34:20, 36:15, 37:17, 43:14, 45:20
**ought** [1] - 7:10
**outline** [1] - 36:23
**outlining** [3] - 11:6, 12:1, 15:14
**outset** [1] - 48:13
**outstanding** [1] - 30:7
**overbilling** [1] - 46:23
**overcharging** [1] - 46:22

## P

**p.m** [1] - 1:9
**Pacelli** [4] - 2:14, 5:18, 26:20, 26:23
**Pacelli's** [1] - 4:12

**packages** [1] - 21:20
**page** [3] - 24:9, 30:24, 46:25
**paid** [4] - 20:2, 25:16, 28:15, 34:4
**paper** [1] - 21:23
**papers** [3] - 3:20, 3:21, 48:10
**parenthetically** [1] - 15:8
**PARROTTA** [6] - 7:19, 10:4, 10:7, 10:9, 18:13, 19:24
**Parrotta** [3] - 7:19, 10:4, 10:7
**participated** [2] - 12:2, 13:4
**participation** [1] - 45:24
**particular** [8] - 10:1, 11:24, 21:13, 37:25, 40:9, 43:14, 44:19, 45:21
**particularly** [3] - 13:18, 14:8, 47:6
**parties** [2] - 8:2, 50:14
**partly** [1] - 44:11
**partner** [2] - 37:12, 37:14
**parts** [1] - 22:17
**party** [3] - 40:14, 41:2
**Patrick** [3] - 7:19, 10:4, 10:7
**Pause** [2] - 29:15, 44:14
**pay** [4] - 10:16, 10:18, 13:14, 34:2
**payments** [4] - 36:15, 36:20, 36:21, 37:2
**payoff** [3] - 24:4, 28:13, 32:11
**Payoff** [1] - 24:5
**penalty** [1] - 31:11
**pending** [1] - 44:24
**people** [7] - 3:19, 17:25, 21:10, 33:19, 36:16, 41:8, 51:1
**period** [6] - 11:22, 11:23, 14:8, 30:15, 35:7, 36:7
**perjury** [1] - 31:12
**person** [4] - 38:21, 38:22, 38:23, 47:25
**phone** [1] - 3:16
**piece** [1] - 21:23
**place** [2] - 39:1, 48:9
**plans** [1] - 36:23
**play** [1] - 43:4
**played** [1] - 43:6
**Plaza** [2] - 1:17, 3:7
**pleasure** [5] - 46:18, 46:19, 49:20, 49:21, 51:5
**pled** [2] - 10:15, 17:10
**point** [2] - 13:1, 48:24
**points** [1] - 7:11
**Polakoff** [5] - 2:12, 24:4, 28:13, 28:14, 32:11
**portions** [1] - 43:5
**position** [4] - 14:11, 46:4, 48:12, 48:13
**possession** [1] - 34:12
**possible** [2] - 6:6, 48:15
**powder** [5] - 13:22, 22:23, 22:24, 23:23, 27:12
**Practice** [1] - 13:9
**practice** [1] - 13:11
**prejudice** [1] - 14:6
**prepared** [2] - 32:17, 45:8
**preparing** [1] - 4:1
**preponderance** [1] - 44:7

**presence** [2] - 4:11, 4:12
**present** [5] - 3:17, 3:19, 7:16, 29:1, 43:24
**presentence** [3] - 6:20, 7:13, 12:23
**presenting** [1] - 31:25
**pressures** [1] - 38:24
**presume** [1] - 31:6
**probation** [1] - 12:7
**Probation** [1] - 6:20
**problem** [1] - 8:21
**proceed** [4] - 21:10, 29:6, 29:7, 39:15
**proceeded** [1] - 9:9
**proceeding** [1] - 14:1
**proceedings** [2] - 15:20, 50:10
**Proceedings** [1] - 3:10
**proceeds** [1] - 31:21
**process** [1] - 15:23
**produced** [1] - 3:10
**profits** [4] - 22:19, 23:6, 23:20, 26:15
**proof** [2] - 44:5, 44:9
**propulsion** [1] - 13:20
**prosecutor** [1] - 9:10
**prosecutor's** [1] - 9:11
**Protacs** [1] - 5:23
**PROTACS** [2] - 2:15, 5:23
**protect** [1] - 15:10
**Protection** [1] - 43:20
**proves** [1] - 19:1
**provides** [1] - 17:9
**providing** [1] - 44:9
**publicized** [1] - 29:4
**punishment** [1] - 39:6
**punitive** [1] - 44:11
**purpose** [2] - 41:2, 41:10
**purposes** [1] - 32:11
**put** [10] - 16:24, 29:24, 39:15, 41:3, 41:14, 42:8, 42:9, 42:10, 43:6, 45:15

## Q

**quality** [1] - 46:18
**quashed** [1] - 40:18
**questions** [1] - 40:8
**quickly** [1] - 31:6
**quite** [1] - 21:24

## R

**raised** [4] - 14:20, 17:6, 17:21, 50:2
**rate** [2] - 13:11, 20:2
**raw** [1] - 29:14
**reach** [1] - 40:16
**reached** [1] - 50:9
**reactions** [1] - 45:22
**read** [2] - 12:3, 15:23
**readily** [1] - 47:1
**ready** [2] - 43:6, 49:7
**really** [1] - 8:14
**reason** [1] - 18:18

**reasons** [1] - 7:1
**receive** [3] - 15:19, 16:7, 21:23
**received** [1] - 22:2
**recent** [1] - 32:23
**Recess** [1] - 30:23
**record** [6] - 6:2, 8:6, 16:12, 16:23, 17:5, 34:19
**recorded** [7] - 3:10, 35:13, 36:10, 36:24, 39:20, 40:23, 41:9
**recorder** [4] - 35:15, 35:16, 35:17, 35:18
**recordings** [9] - 34:23, 35:8, 35:21, 36:6, 36:11, 42:8, 42:12, 42:22, 42:25
**reduce** [1] - 48:25
**reducing** [1] - 48:15
**refer** [1] - 46:12
**reference** [2] - 36:9, 50:6
**referenced** [2] - 6:1, 6:14
**referring** [1] - 35:7
**regard** [6] - 11:3, 11:8, 12:2, 21:18, 40:11, 40:22
**regarding** [4] - 21:13, 37:25, 38:3, 39:4
**regulations** [2] - 13:20, 13:23
**Reifler** [1] - 48:11
**rejected** [1] - 48:12
**related** [2] - 29:2, 34:19
**released** [1] - 8:2
**releases** [1] - 8:24
**rely** [2] - 43:3, 43:23
**relying** [3] - 11:15, 12:4, 43:5
**remaining** [1] - 21:1
**remains** [1] - 16:5
**remark** [2] - 9:16, 15:8
**remember** [2] - 8:5, 46:24
**remiss** [1] - 15:9
**repaid** [1] - 10:20
**report** [2] - 7:13, 12:23
**reporter** [1] - 22:3
**Reporter** [1] - 3:7
**reports** [1] - 6:20
**represent** [2] - 17:17, 32:20
**representation** [1] - 47:12
**representative** [1] - 15:6
**represented** [2] - 6:23, 47:3
**representing** [2] - 19:4, 32:10
**represents** [1] - 7:16
**Request** [1] - 4:9
**request** [3] - 7:3, 7:9, 18:5
**required** [4] - 10:18, 13:11, 34:2, 45:5
**requires** [1] - 13:2
**RESNICK** [6] - 1:25, 5:25, 32:5, 32:9, 32:16, 32:21
**Resnick** [1] - 5:25
**resolve** [1] - 49:9
**respect** [6] - 8:17, 10:14, 15:3, 32:12, 48:11, 50:1
**respectfully** [2] - 42:1, 43:4
**response** [1] - 38:15
**restitutee** [1] - 47:7

**restitution** [56] - 3:22, 7:3, 7:13, 7:15, 8:7, 8:11, 8:12, 8:24, 10:11, 10:13, 10:19, 10:20, 10:24, 11:3, 11:11, 12:21, 14:7, 14:13, 14:14, 14:15, 14:20, 15:1, 16:14, 16:18, 17:5, 17:9, 17:22, 18:17, 18:25, 19:1, 19:14, 19:19, 19:20, 19:23, 20:1, 20:7, 20:16, 29:2, 29:24, 30:11, 30:17, 32:24, 38:11, 38:19, 38:21, 38:23, 39:2, 39:6, 45:23, 46:14, 46:22, 47:13, 47:15, 47:25, 50:2, 50:7
**Restitution** [2] - 17:19, 44:11
**restitution.** [1] - 10:1
**result** [1] - 15:15
**retain** [2] - 47:4, 47:5
**reversals** [1] - 13:6
**reviewed** [1] - 17:1
**revised** [1] - 21:7
**RH-1** [1] - 31:2
**Richard** [6] - 4:17, 7:23, 9:25, 17:15, 18:17, 31:22
**rights** [1] - 40:19
**Robert** [3] - 5:3, 25:14, 26:19
**RON** [1] - 3:5
**Ron** [2] - 7:21, 17:7
**RUBENSTEIN** [4] - 3:5, 7:21, 17:7, 17:13
**Rubenstein** [2] - 7:21, 17:7
**Ruggerio** [2] - 8:17, 8:19
**Ruggiero** [6] - 1:20, 5:2, 7:17, 9:12, 9:18, 18:17
**rule** [5] - 11:13, 14:21, 38:20, 41:9, 44:20
**rules** [1] - 44:4
**ruling** [1] - 48:7
**running** [1] - 34:25

## S

**safe** [1] - 39:19
**sailing** [1] - 13:19
**sailors** [1] - 13:21
**sails** [1] - 13:19
**sale** [2] - 23:22, 27:1
**sales** [3] - 22:21, 22:22, 46:23
**Sarita** [3] - 6:3, 7:25, 16:16
**SARITA** [1] - 2:5
**satisfied** [1] - 18:4
**scandal** [2] - 16:5
**scheduling** [1] - 8:10
**Schein** [1] - 32:10
**SCHEIN** [1] - 2:11
**scheme** [1] - 15:15
**Schiavone** [2] - 24:8, 28:20
**Scibelli** [3] - 1:23, 26:2, 26:10
**Sclafani** [2] - 2:24, 27:9
**Scopo** [3] - 2:3, 2:23, 25:12
**Scotto** [3] - 2:1, 32:22, 32:24
**Scotto's** [1] - 4:3
**seated** [1] - 31:14
**Second** [1] - 13:6

**second** [3] - 18:18, 19:2, 47:2
**see** [8] - 3:15, 8:21, 11:15, 29:16, 44:23, 49:9, 49:20, 51:2
**seek** [2] - 10:1, 44:16
**seeking** [21] - 8:7, 10:3, 10:11, 11:3, 17:22, 18:25, 19:14, 19:19, 21:4, 25:4, 25:15, 25:22, 26:3, 26:7, 26:16, 27:10, 29:2, 30:17, 32:24, 38:21, 38:23
**seem** [1] - 13:25
**SENIOR** [1] - 1:12
**sensible** [1] - 38:20
**sent** [1] - 21:21
**sentence** [17] - 8:7, 8:13, 9:8, 11:10, 11:11, 12:19, 12:20, 14:3, 14:13, 14:20, 16:15, 16:19, 17:16, 19:24, 19:25, 20:1, 30:11
**sentenced** [13] - 7:12, 7:14, 8:10, 10:5, 10:9, 11:25, 17:4, 17:8, 17:16, 20:10, 20:11, 20:14, 29:23
**sentencing** [11] - 11:2, 12:6, 12:10, 12:11, 13:2, 15:17, 17:1, 29:24, 30:12, 48:19, 50:2
**sentencings** [2] - 13:4, 13:6
**set** [1] - 12:8
**SETH** [1] - 2:1
**settle** [4] - 47:6, 47:8, 49:3, 49:12
**settlement** [3] - 48:14, 49:20, 50:9
**settling** [1] - 47:1
**seven** [2] - 33:12, 33:13
**several** [2] - 20:8, 46:6
**Several** [1] - 21:22
**severally** [2] - 25:16, 46:16
**Shall** [1] - 29:10
**shall** [2] - 12:7, 12:8
**Shalley** [1] - 5:18
**SHALLEY** [2] - 2:13, 5:18
**SHARGEL** [15] - 1:23, 5:11, 21:18, 26:14, 40:25, 41:5, 41:17, 41:22, 41:25, 42:16, 43:3, 44:2, 44:21, 46:9, 49:2
**Shargel** [2] - 5:11, 5:14
**SHARGELL** [5] - 29:8, 38:6, 38:13, 39:12, 40:12
**shirts** [1] - 13:21
**shop** [1] - 34:4
**silence** [1] - 9:9
**similar** [1] - 17:15
**simply** [1] - 32:11
**single** [2] - 25:16, 27:10
**sitting** [1] - 46:5
**six** [3] - 23:4, 50:6, 50:24
**six-week** [2] - 50:6, 50:24
**skill** [1] - 15:8
**skivvy** [1] - 13:21
**small** [1] - 7:10
**sorry** [3] - 9:4, 9:15, 25:20
**sought** [1] - 26:21
**sources** [1] - 35:24
**speaking** [2] - 11:4, 49:10
**specifically** [1] - 8:6
**spell** [1] - 31:15
**Spinnato** [20] - 7:20, 10:4, 10:7, 10:14,

10:16, 10:17, 11:3, 11:8, 11:24, 12:23, 18:13, 18:21, 19:16, 19:20, 19:22, 20:8, 20:9, 20:13, 37:15, 40:3

**Spinnato's** [1] - 11:2
**spirit** [1] - 47:13
**stand** [2] - 21:17, 31:9, 50:19
**start** [2] - 3:20, 50:23
**started** [1] - 35:4
**starting** [1] - 51:2
**State** [2] - 31:15, 31:18
**statement** [3] - 20:13, 41:2, 41:13
**statements** [7] - 40:16, 41:11, 41:14, 42:3, 42:4, 44:17
**Staten** [10] - 22:19, 22:21, 22:22, 23:5, 23:11, 23:20, 23:22, 26:15, 27:1, 33:24
**STATES** [3] - 1:1, 1:4, 1:12
**States** [6] - 1:7, 1:16, 1:17, 13:18, 48:21
**statute** [6] - 8:2, 11:11, 11:15, 12:15, 48:5, 48:9
**stay** [1] - 51:1
**stemming** [1] - 10:15
**stenography** [1] - 3:10
**step** [1] - 29:8
**still** [5] - 11:23, 14:7, 38:13, 47:14, 50:3
**stipulated** [1] - 45:25
**stipulation** [2] - 47:20, 50:11
**stood** [1] - 50:21
**straightened** [1] - 8:22
**studied** [1] - 43:6
**subcategories** [1] - 21:5
**subdivision** [2] - 12:3, 12:16
**subject** [2] - 36:17, 39:3
**submission** [5] - 10:23, 11:1, 11:6, 11:25, 32:1
**submissions** [4] - 6:12, 18:19, 32:23, 43:11
**Submit** [3] - 17:11, 17:24
**submit** [9] - 14:23, 14:25, 16:8, 18:2, 18:9, 42:1, 43:4, 50:1, 50:11
**submitted** [13] - 3:22, 5:4, 5:6, 5:19, 5:22, 6:3, 6:13, 6:16, 11:5, 15:15, 21:6, 43:10, 48:10
**subpoenaed** [1] - 40:18
**subpoenaing** [1] - 46:7
**subpoenas** [1] - 40:19
**subsequently** [2] - 11:21, 12:17
**substantial** [2] - 48:17, 48:20
**suggest** [3] - 14:16, 20:15, 50:25
**suggestion** [1] - 44:1
**Sulzer** [1] - 3:7
**summary** [3] - 21:13, 35:23, 38:2
**support** [1] - 14:24
**supposed** [1] - 35:21
**Supreme** [1] - 39:5
**Surely** [1] - 17:13
**SUSAN** [1] - 2:7
**Swear** [1] - 31:8
**switch** [2] - 29:20, 35:16

# T

**tapes** [10] - 41:12, 41:23, 42:2, 43:6, 43:24, 44:17, 44:22, 44:24, 45:3, 45:10
**team** [1] - 35:12, 35:19, 35:23, 36:20
**Teamsters** [4] - 19:11, 19:12, 20:21, 34:1
**ten** [1] - 12:6
**tend** [1] - 38:21
**tentative** [1] - 48:6
**terms** [2] - 12:14, 35:21
**testified** [1] - 21:12
**testify** [3] - 21:13, 40:23, 42:2
**testimonial** [2] - 38:8, 40:16
**testimony** [7] - 21:24, 22:4, 38:17, 40:22, 43:16, 45:6, 46:7
**THE** [6] - 1:12, 31:9, 31:13, 31:14, 31:16, 31:19
**The court** [205] - 3:14, 3:23, 5:8, 5:9, 5:13, 5:17, 5:20, 6:1, 6:6, 6:15, 6:18, 6:19, 6:25, 7:2, 7:9, 7:14, 8:1, 8:11, 8:15, 8:21, 9:5, 9:16, 9:20, 9:22, 9:24, 10:2, 10:6, 10:8, 10:13, 10:23, 11:6, 11:10, 11:18, 11:19, 12:3, 12:7, 12:8, 12:11, 12:14, 12:20, 13:1, 14:1, 14:3, 14:10, 14:17, 14:23, 15:1, 15:3, 15:15, 16:1, 16:10, 16:20, 16:22, 17:3, 17:11, 17:17, 17:19, 17:24, 18:4, 18:7, 18:10, 18:11, 18:16, 18:18, 18:23, 19:7, 19:9, 19:12, 19:14, 19:17, 19:22, 19:25, 20:4, 20:9, 20:13, 20:18, 20:20, 20:25, 21:4, 21:9, 21:14, 21:16, 22:5, 22:9, 22:11, 22:13, 22:16, 22:18, 22:20, 22:22, 22:24, 23:1, 23:3, 23:5, 23:9, 23:11, 23:14, 23:17, 23:20, 23:22, 23:25, 24:2, 24:5, 24:7, 25:1, 25:3, 25:8, 25:11, 25:13, 25:15, 25:19, 25:21, 25:25, 26:3, 26:7, 26:9, 26:11, 26:13, 26:15, 26:22, 26:24, 27:1, 27:3, 27:5, 27:7, 27:10, 27:12, 27:16, 27:19, 27:22, 27:25, 28:4, 28:6, 28:9, 28:12, 28:18, 28:22, 29:1, 29:4, 29:10, 29:13, 29:16, 29:25, 30:5, 30:8, 30:17, 30:21, 31:8, 31:17, 31:23, 32:3, 32:7, 32:14, 32:19, 32:20, 33:3, 33:5, 38:15, 38:20, 39:5, 39:9, 39:14, 41:4, 41:8, 41:21, 41:24, 42:7, 42:11, 42:13, 42:17, 42:20, 42:25, 43:17, 43:21, 43:24, 44:4, 44:8, 44:18, 44:20, 44:23, 45:2, 45:9, 45:13, 45:22, 46:3, 46:5, 46:11, 47:1, 47:18, 47:22, 48:2, 48:3, 48:6, 48:12, 48:23, 49:12, 49:19, 50:1, 50:4, 50:11, 50:14, 50:20, 51:3
**theories** [1] - 46:14
**Therefore** [1] - 50:14
**therefore** [1] - 47:4
**third** [2] - 9:24, 19:3
**Thomas** [6] - 26:17, 27:2, 27:3, 37:21, 37:22, 40:3
**thorough** [1] - 13:16
**thoroughly** [1] - 17:1
**three** [3] - 10:2, 26:5, 45:7

**Three** [1] - 27:13
**today** [7] - 6:23, 21:12, 22:3, 29:25, 32:1, 32:16, 45:8
**together** [3] - 16:24, 45:15, 50:22
**tomorrow** [1] - 14:24
**top** [1] - 14:23
**total** [8] - 26:21, 27:15, 27:21, 28:3, 28:11, 28:16, 28:24, 29:5
**Total** [1] - 26:24
**touched** [1] - 29:14
**town** [1] - 50:17
**tragedy** [1] - 13:24
**transcribed** [1] - 42:19
**transcript** [2] - 3:10, 17:2
**TRANSCRIPT** [1] - 1:11
**transcription** [1] - 3:10
**transcripts** [2] - 16:23, 42:13
**treasury** [1] - 48:24
**trial** [8] - 38:17, 46:12, 49:4, 49:5, 50:6, 51:4
**tricky** [1] - 13:1
**truck** [1] - 37:10
**Trucking** [4] - 22:10, 23:7, 23:17, 37:10
**trucking** [14] - 22:11, 23:9, 25:3, 25:6, 33:24, 34:4, 35:3, 37:7, 37:9, 37:11, 37:17, 38:3, 38:4, 40:5
**true** [1] - 15:17
**truth** [3] - 31:10, 31:11
**try** [2] - 47:9, 50:6
**trying** [2] - 43:25, 44:25
**Two** [3] - 6:10, 23:11, 23:13
**two** [11] - 5:19, 6:11, 13:8, 22:17, 28:20, 29:9, 35:2, 46:5, 49:7, 49:23, 50:8
**two-week** [2] - 49:23, 50:8

# U

**Under** [3] - 13:9, 34:1, 47:24
**under** [8] - 8:2, 11:11, 12:14, 23:18, 26:3, 31:2, 31:11, 37:17, 37:20, 38:4, 38:6, 38:24, 42:3, 43:11, 47:15, 48:5, 48:7, 48:9
**Understood** [1] - 20:12
**unfortunately** [1] - 15:22
**union** [15] - 10:16, 10:20, 15:4, 15:10, 15:14, 15:19, 15:21, 16:4, 19:3, 19:4, 19:9, 33:15, 34:2, 34:5, 37:10
**union's** [1] - 15:10
**unions** [1] - 16:5
**UNITED** [3] - 1:1, 1:4, 1:12
**United** [6] - 1:7, 1:16, 1:17, 13:18, 48:21
**up** [8] - 3:23, 14:13, 21:25, 31:17, 36:3, 44:5, 50:19, 50:21
**USC** [1] - 11:17
**useful** [1] - 47:6

## V

**Vallaro** [1] - 48:4
**variety** [1] - 22:4
**various** [4] - 35:8, 36:6, 36:15, 36:16
**verified** [1] - 36:20
**verify** [1] - 36:1
**victim** [8] - 11:22, 12:16, 43:12, 47:15, 47:24, 48:4, 48:8, 48:9
**Victim** [1] - 43:12
**victim's** [4] - 11:21, 12:5, 12:9, 12:12
**victims** [2] - 46:3, 48:22
**victims'** [1] - 47:14
**view** [5] - 8:1, 8:23, 10:8, 16:17, 46:18
**View** [6] - 22:15, 22:16, 23:13, 23:14, 23:18, 25:22
**views** [1] - 6:20
**Vincent** [25] - 4:12, 4:18, 4:20, 4:22, 5:18, 6:9, 7:24, 16:25, 17:4, 17:14, 17:15, 17:17, 18:7, 18:20, 25:10, 25:24, 26:18, 26:20, 26:22, 27:14, 27:20, 28:2, 28:10, 32:1
**violation** [1] - 41:6
**virtually** [1] - 49:4
**Vollaro** [30] - 11:4, 20:24, 20:25, 21:5, 21:8, 22:6, 33:19, 33:23, 34:7, 34:11, 35:14, 35:20, 36:2, 36:4, 36:7, 36:22, 38:7, 38:18, 39:2, 39:4, 40:20, 41:13, 42:2, 43:9, 43:18, 44:17, 45:23, 46:8, 47:12
**Vollaro's** [5] - 36:13, 37:8, 37:24, 39:21, 40:18
**voluminous** [1] - 21:24

## W

**wages** [3] - 10:16, 34:2, 34:5
**Wait** [4] - 25:8, 27:19, 27:25, 28:18
**wait** [1] - 16:21
**waived** [4] - 30:1, 30:3, 30:7, 30:16
**Waiver** [4] - 4:3, 4:11, 4:12, 4:18
**waiver** [5] - 6:6, 9:9, 11:13, 11:14, 14:17
**walked** [1] - 22:2
**wants** [1] - 29:13
**Washington** [1] - 38:7
**WASSERMAN** [9] - 2:19, 7:24, 17:14, 17:18, 17:20, 18:2, 18:6, 31:24, 32:4
**Wasserman** [2] - 7:24, 17:14
**wear** [1] - 13:21
**week** [14] - 16:7, 16:10, 16:23, 18:19, 18:24, 20:18, 32:2, 35:14, 49:23, 50:3, 50:6, 50:8, 50:18, 50:24
**weeks** [6] - 43:16, 45:6, 45:17, 46:6, 47:4, 49:7
**WEINSTEIN** [1] - 1:12
**well-known** [1] - 20:22
**WHITE** [1] - 3:4
**whole** [3] - 23:14, 31:11, 45:7

**William** [2] - 4:3, 32:22
**wiretaps** [1] - 36:3
**wish** [2] - 32:11, 32:19
**withdraw** [1] - 39:14
**withdrew** [1] - 6:25
**witness** [10] - 21:16, 29:7, 31:8, 31:21, 33:7, 41:9, 42:5, 43:23, 45:2, 46:8
**WITNESS** [3] - 31:13, 31:16, 31:19
**Witness** [1] - 43:19
**witnesses** [1] - 36:1
**words** [2] - 41:1
**writing** [1] - 17:11
**written** [2] - 5:9, 18:19

## Y

**year** [1] - 6:13
**years** [6] - 13:5, 13:13, 33:12, 33:13, 33:17, 45:7
**yesterday** [2] - 18:2, 21:12
**YORK** [1] - 1:1
**York** [3] - 1:7, 1:18, 3:8

## Z

**Zagari** [6] - 3:6, 4:14, 7:21, 17:8, 18:20, 27:20