

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

---

DDB

          *Mailing Address:*   271 Cadman Plaza East
                                  *Brooklyn, New York  11201*

September 15, 2010

<u>FILED BY ECF</u>
The Honorable Jack B. Weinstein
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

     Re:    United States v. Anthony Scibelli
               <u>Criminal Docket No. 08-76(JBW)</u>

Dear Judge Weinstein:

      On September 9, 2010, the government wrote a letter in response to defendant's request for early termination of his probationary sentence.  In that letter, the government consented to that request as long as the Probation Department did not oppose the request.  I was informed by defendant's Probation Officer this morning, Eric Harmon, that he is very much opposed to this request.

      In light of the position of the Probation Department, the government opposes the defendant's request.  If the Court needs anything further, please don't hesitate to contact me.

                                    Respectfully submitted,

                                    LORETTA E. LYNCH
                                  United States Attorney

          By:        /s/
                    Daniel Brownell
                    Assistant U.S. Attorney
                    (718) 254-6392