PROB 12A
(EDNY 7/09)

PACTS#54267

# United States District Court
## for the
## Eastern District of New York

## Report on Offender Under Supervision

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 09 2012 ★

BROOKLYN OFFICE

Case Number: 0207 1:08CR00076-053

**Name of Offender:** Anthony Scibelli

**Name of Sentencing Judicial Officer:** Honorable Jack B. Weinstein, Sr. U.S. District Judge

**Date of Original Sentence:** 8/14/2008

**Original Offense:** 18 USC 1951(a), EXTORTION BY USE OF FORCE, a class C felony

**Original Sentence:** Imprisonment - 0
Supervised Release - 0
Probation - 60 M

**Type of Supervision:** PROB       **Date Supervision Commenced:** 8/14/2008

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Non-Compliance |
| --- | --- |
| 1. | None |

U.S. Probation Officer Action:

On February 1, 2011, we notified Your Honor that on January 20, 2011, the offender had been arrested by agents of the Federal Bureau of Investigation. This arrest was predicated on the attached indictment, which charges the offender with Racketeering Conspiracy, in violation of 18 U.S.C. 1951(a) and 2.

On February 16, 2012, the offender appeared before the Honorable Judge Dora L. Irizarry, U.S. District Judge and pleaded guilty to Count One, Conspiracy to Commit Racketeering, a class C felony under 18 USC 1962(c). Specifically, the offender pleaded guilty to Racketeering Acts 5B and 6B within Count One. Sentencing has been scheduled to take place on June 29, 2012.

Because all of the conduct to which the offender pleaded guilty occurred prior to the commencement of his current probation term, the crimes to which he has admitted guilt do not constitute a violation of probation. Therefore, we write to notify Your Honor that the Probation Office will not initiate a violation of probation in this matter.

Respectfully submitted,

by Anie Gonzalez
U.S. Probation Officer
Date: February 24, 2012

Approved:
SUSPO

*Please indicate the Court's response below and return to the U.S. Probation Officer*

[X] The Court concurs.
[ ] The Court does not concur.
[ ] Submit a Request for Modifying the Condition or Term of Supervision.
[ ] Submit a Request for Warrant or Summons.
[ ] Other

Signature of Judicial Officer
3/4/12
Date