UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA,

              v.

AGATE, ET AL.,

              Defendant(s)

-------------------------------------------------------X

NOTICE OF CHANGE OF ADDRESS

08-CR-00076 (JBW)

      GERALD L. SHARGEL an attorney duly admitted to practice law in this Court, respectfully notifies the Court of the following change of address:

                                        _____
                                        Gerald L. Shargel
                                        1790 Broadway, Ste. 1501
                                        New York, NY 10019
                                        gshargel@shargellaw.com
                                        (212) 446-2323
                                        (212) 446-2330 (fax)